1    KARIN G. PAGNANELLI (SBN 174763)
       kgp@msk.com
2    MITCHELL SILBERBERG & KNUPP LLP
     2049 Century Park East, 18th Floor
3    Los Angeles, CA  90067-3120
     Telephone:   (310) 312-2000
4    Facsimile:   (310) 312-3100

5    Attorneys for Defendant
     Dine Brands Global, Inc.

6
     MICHAEL G. KELBER (*pro hac vice*)
7      mkelber@nge.com
     ANDREW S. FRAKER (*pro hac vice*)
8      afraker@nge.com
     NEAL, GERBER & EISENBERG LLP
9    Two North La Salle Street, Suite 1700
     Chicago, IL 60602
10   Telephone:   (312) 269-5280
     Facsimile:   (312) 429-3588

11
     Attorneys for Defendants
12   Dine Brands Global, Inc., Applebee's
     Restaurants, LLC, Applebee's Services, Inc.,
13   Stephen P Joyce, Patrick Kirk, John
     Cywinski, Flynn Restaurant Group, Greg
14   Flynn, Apple American, RMH Franchise
     Corp, Doherty Enterprises, and SSCP
15   Management

16

17                    UNITED STATES DISTRICT COURT

18                   CENTRAL DISTRICT OF CALIFORNIA

19   VAMPIRE FAMILY BRANDS, LLC,           CASE NO. 2:19-cv-09222-DOC (ADSx)
              Plaintiff,
20                                         Honorable David O. Carter
            v.
21                                         **DEFENDANTS' ANSWER TO
     APPLEBEES RESTAURANTS, LLC,           COMPLAINT**
22   APPLEBEES SERVICES, INC.,
     DINE BRANDS GLOBAL, INC.,             **COUNTERCLAIMS OF
23   STEPHEN P JOYCE, PATRICK              APPLEBEE'S SERVICES, INC.**
     KIRK, JOHN CYWINSKI, FLYNN
24   RESTAURANT GROUP, GREG                **DEMAND FOR JURY TRIAL**
     FLYNN, APPLE AMERICAN, RMH
25   FRANCHISE CORP, DOHERTY
     ENTERPRISES, APPLE GOLD,              Filed:   October 27, 2019
26   WISCONSIN HOSPITALITY                 Trial:   N/A
     GROUP, SSCP MANAGEMENT,
27   and DOES 1 – 20,

28              Defendants.

Mitchell
Silberberg &
Knupp LLP

11947238.2

APPLEBEE'S SERVICES, INC.,

     Counterclaimant,

     v.

VAMPIRE FAMILY BRANDS, LLC,

     Counterclaim Defendant.

## ANSWER AND COUNTERCLAIMS

Defendants, Dine Brands Global, Inc., Applebee's Restaurants, LLC, Applebee's Services, Inc. (hereafter the "Dine Defendants"), Stephen P Joyce, Patrick Kirk, John Cywinski, Flynn Restaurant Group, Greg Flynn, Apple American, RMH Franchise Corp, Doherty Enterprises, and SSCP Management (hereafter, collectively with the Dine Defendants, "Defendants"), answering the Complaint of Plaintiff Vampire Family Brands, LLC. (hereinafter referred to as "Plaintiff"), hereby deny, admit and aver, upon knowledge and upon information and belief, as follows:

## I.    JURISDICTION AND VENUE

1.    Plaintiff brings this action for injunctive relief and damages arising out of the unauthorized, unfair, and deceptive competitive practices of Defendants, and each of them, in connection with the commercial use and exploitation of trademarks in violation of the Lanham Act.

**ANSWER:** Defendants state that the Complaint speaks for itself and deny any liability with regard to any and all of Plaintiff's claims.

2.    This action arises under the Trademark Laws of the United States, including particularly, Section 43 of the Lanham Act, 15 U.S.C. §1125. Jurisdiction is conferred on this Court by 15 U.S.C. Section 1121(a), by 28 U.S.C. Section 1338(a), in that this case arises under the Trademark Laws of the United States, 15 U.S.C. Sections 1051, *et seq.*, and by principles of pendent jurisdiction. Venue is proper in this District under 28 U.S.C. §§ 1391(a) by virtue of the fact that at least one defendant resides within this District.

**ANSWER:** Admitted by all Defendants.

## II.   THE PARTIES

3.   Plaintiff VAMPIRE FAMILY BRANDS, LLC ("VAMPIRE FAMILY BRANDS") is a Delaware Limited Liability Company with its main business office located in Los Angeles County, California.

**ANSWER:** Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

4.   Defendant Applebees Restaurants, LLC is upon information and belief, an LLC based in Glendale, California.

**ANSWER:** Admitted by the Dine Defendants. The non-Dine Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

5.   Defendant Applebees Services, Inc., is upon information and belief, a Kansas Corporation, headquartered and based out of Glendale, California.

**ANSWER:** Admitted by the Dine Defendants. The non-Dine Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

6.   Defendant Dine Brands Global, Inc., ("Dine Brands") is upon information and belief, a Delaware Corporation, that is headquartered and based out of Glendale, California.  Defendant Dine Brands controls and is responsible for approximately 1693 Applebees Restaurants that are infringing the Vampire trademark selling loss leading $1 Vampire Cocktails.

**ANSWER:** Admitted by the Dine Defendants that Defendant Dine Brands Global, Inc. that is a Delaware corporation that is headquartered and based out of Glendale, California. The non-Dine Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph with regard to Dine Brands Global, Inc.'s corporate structure. and therefore deny the same. Denied by all Defendants as to the remaining allegations in this paragraph.

7.      Upon information and belief, Defendant Stephen P. Joyce resides in Southern California and as the CEO of Dine Brands, is directly responsible for the Applebees defendants decision to attempt to usurp Plaintiff's Vampire and Dracula trademarks for alcoholic cocktails.

**ANSWER:** Admitted by the Dine Defendants and Defendant Stephen P. Joyce that he is the CEO of Dine Brands Global, Inc. and has a residence in Southern California. The remaining Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph with regard to Mr. Joyce and therefore deny the same. Denied by all Defendants as to the remaining allegations in this paragraph.

8.      Defendant Patrick Kirk, is upon information and belief, an officer of one of the Applebee Defendants that takes the title of "Vice President of Beverage Innovations" at Applebees.  Upon information and belief, defendant Kirk resides in California.

**ANSWER:** The Dine Defendants and Defendant Patrick Kirk state that he is the Vice President of Bar & Beverage at Applebee's and that he resides in California. The remaining Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph with regard to Mr. Kirk and therefore deny the same. Denied by all Defendants as to the remaining allegations in this paragraph.

9.      Defendant John Cywinski, is upon information and belief, an officer of defendant Applebees Restaurants, LLC and the President of the Applesbees Restaurants.  Upon information and belief, defendant Cywinski resides in California.

**ANSWER:** The Dine Defendants  and Defendant John Cywinski state that he is the President of Applebee's and that he has a residence in California. Denied by all Defendants as to the remaining allegations in this paragraph.

10.      Defendant Flynn Restaurant Group, is upon information and belief, an organization of a type unknown that is based in San Francisco, California.

Mitchell
Silberberg &
Knupp LLP

11947238.2

1  **ANSWER:** Defendants Flynn Restaurant Group and Greg Flynn state that Flynn
2  Restaurant Group maintains its corporate office in San Francisco, California. The
3  remaining Defendants are without information or knowledge sufficient to admit or
4  deny the allegations of this paragraph and therefore deny the same. Denied by all
5  Defendants as to any other allegations in this paragraph.

6      11.    Defendant Greg Flynn, is upon information and belief, the CEO of
7  defendant Flynn Restaurant Group, and operates his business from San Francisco.
8  Defendant Greg Flynn, upon information and belief, resides in California.

9  **ANSWER:** Defendants Greg Flynn and Flynn Restaurant Group state that Greg
10 Flynn is the CEO of Flynn Restaurant Group and that he resides in California.
11 Defendants Greg Flynn and Flynn Restaurant Group further state that Flynn
12 Restaurant Group maintains its corporate office in San Francisco, California. The
13 remaining Defendants are without information or knowledge sufficient to admit or
14 deny the allegations of this paragraph and therefore deny the same.

15     12.    Defendant Apple American is upon and belief, an organization of a type
16 unknown, based in San Francisco, and controlled by defendants Flynn Restaurant
17 Group and Greg Flynn.  Defendant Apple American boasts it is the largest franchisee
18 of Applebees Restaurant operating 460 Applebee restaurants.

19 **ANSWER:** The Dine Defendants and Defendants Apple American Group LLC,
20 Flynn Restaurant Group and Greg Flynn state that Apple American Group LLC is a
21 subsidiary of Flynn Restaurant Group. The Dine Defendants and Defendants Apple
22 American Group LLC, Flynn Restaurant Group and Greg Flynn further state that
23 Apple American Group LLC is the largest franchisee of Applebee's restaurants and
24 that it operates 450 Applebee's restaurants. The remaining Defendants are without
25 information or knowledge sufficient to admit or deny the allegations of this
26 paragraph and therefore deny the same.

27     13.    Defendant RMH Franchise Corp, is upon information and belief an
28 organization of a type unknown. Defendant RMH Franchise Corp is upon

Mitchell
Silberberg &
Knupp LLP
11947238.2

1  information and belief, the second largest Applebees franchisee in the United States,

2  operating approximately 175 Applebee restaurants.

3  **ANSWER:** The Dine Defendants and Defendant RMH Franchise Corp. states that

4  the franchise group is named RMH Franchise Holdings, Inc., and that it operates 131

5  Applebee's restaurants. The remaining Defendants are without information or

6  knowledge sufficient to admit or deny the allegations of this paragraph and therefore

7  deny the same

8       14.   Defendant Doherty Enterprises, is upon information and belief an

9  organization of a type unknown that operates a large number of Applebees

10  Restaurants.

11  **ANSWER:** The Dine Defendants and Defendant Doherty Enterprises, Inc. state that

12  Doherty Enterprises, Inc. operates Applebee's restaurants as a franchisee. The

13  remaining Defendants are without information or knowledge sufficient to admit or

14  deny the allegations of this paragraph and therefore deny the same. Defendants

15  object to the allegation that it "operates a large number of Applebees [sic]

16  Restaurants" as vague, and therefore deny the same.

17       15.   Defendant Apple Gold, is upon information and belief an organization

18  of a type unknown, that also owns a large number of Applebees Restaurants.

19  **ANSWER:** Apple Gold has been dismissed from the Complaint.

20       16.   Defendant Wisconsin Hospitality Group, is upon information and

21  belief, an organization of a type unknown, that also owns a large number of

22  Applebees Restaurants.

23  **ANSWER:** Wisconsin Hospitality Group has been dismissed from the Complaint.

24       17.   Defendant SSCP Management is upon information and belief, an

25  organization of a type unknown, that operates 76 Applebee units including 13 in

26  Northern California.

27  **ANSWER:** The Dine Defendants and Defendant SSCP Management, Inc. state that

28  SSCP Management, Inc. is a corporation that operates 74 Applebee's restaurants,

Mitchell
Silberberg &
Knupp LLP
11947238.2

including 13 in California, as a franchisee. The remaining Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph and therefore deny the same.

18.    Defendants Applebees Restaurants, LLC, Applebees Services, Inc., Dine Brands, Stephen P. Joyce, Patrick Kirk, John Cywinski, Greg Flynn, Flynn Restaurant Group, Apple American, RMH Franchise Corp., Doherty Enterprises, Apple Gold, Wisconsin Hospitality Group, SSCP Management and are referred to herein as the "Applebees Defendants."

**ANSWER:** Defendants state that the allegations in this paragraph speak for themselves.

19.    Plaintiff avers upon information and belief, that the Applebees Defendants have conspired to violate the trademark rights of Plaintiff (as described further herein) for the mutual benefit of each of the defendants.  Plaintiff further alleges that the primary place from which the conspiracy was hatched was from defendant Dine Brands Global headquarters in Glendale, California and that each of the Applebees co-defendants was an active conspirator who acted together and affirmatively agreed to join into the conspiracy.  As such, each Applebees defendant is derivatively liable for the acts and omissions of the Applebees co- defendants. They have agreements, among themselves, that were negotiated and entered into in California, that govern the way in which they split the spoils from their trademark infringement and unlawful competition.  Defendants purposely directed their actions and conspiracy against the Plaintiff, which the Defendants knew to be headquartered in California.

**ANSWER:** Denied by all Defendants.

20.    Plaintiff does not know the true names or capacities of defendants named herein as DOES 1 through 20 inclusive, and therefore sues these defendants by such fictitious names.  Plaintiff will seek leave to amend this First Amended Complaint to allege the true names, capacities, and circumstances alleging the

liability of said defendants at such time as the same is ascertained.  Plaintiff is informed and believes and, on that basis, alleges that each fictitiously named cross-defendant is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as herein alleged were proximately caused by the conduct of such defendants.

**ANSWER:** Denied . by all Defendants as to any damages allegedly sustained by Plaintiff. With regard to the remaining allegations in this paragraph, Defendants are without information or knowledge sufficient to admit or deny the allegations, and therefore deny the same.

21.    At all times herein mentioned, Plaintiff is informed and believes and based thereon alleges that, at all times herein mentioned, each of the defendants sued herein, were the agents, servants, employees or attorneys of their co- defendants, and in doing the things hereinafter alleged were acting within the purpose, course and scope of such agency and employment, and with the authority, permission and consent of their co-Defendants.

**ANSWER:** Denied by all Defendants.

### III.    FACTS GIVING RISE TO THIS ACTION

22.    Plaintiff VAMPIRE FAMILY BRANDS via its predecessors in interest has been marketing food and beverages under the following brand names for many years, including: VAMPIRE (for wines – US Trademark Registration No. 2263907); DRACULA (for wine – US Trademark Registration No. 3319536); VAMPYRE (for Spirits – US Trademark Registration No. 3082097); VAMPIRE (for chocolate and coffee - US Trademark Registration No. 3669827) VAMPIRE for Olive oil and Balsamic vinegar – US Trademark Registration No. 4776927); VAMP H20 (for Water – US Trademark Registration No. 3895288); VAMPIRE (for Restaurant and Bar Services – US Trademark Registration No. 3978444); VAMPIRE (for Glass beverage-ware – US Trademark Registration No. 3290011); and VAMPIRE TACO (for Tacos – US Trademark Registration No. 4939034).

**ANSWER:** Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

23.  By virtue of its extended use in commerce, several of the aforementioned registrations have become incontestable, including its registration numbers 2263907, 3082097, 3290011, 3319536, 3669827, and 397844

**ANSWER:** Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

24.  VAMPIRE FAMILY BRANDS also is the owner of the slogans TASTE OF IMMORTALITY and SIP THE BLOOD OF THE VINE, (TM Registrations 3167606 and 3079403, respectfully.  Both of these marks also have become incontestable.

**ANSWER:** Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

25.  The origin of Vampire wine, and VAMPIRE FAMILY BRAND's claim of right goes back to 1988, when its founder released a French bottled Algerian Syrah under the brand name Vampire.  The first sale was to MCA Records and Alice Cooper, and the wine was promoted under the slogan, "Sip the Blood of the Vine." Vampire Family Brand's predecessors in interest began to use the slogan "Taste of Immortality" by at least 1995, if not earlier.  Although the labels have changed over the years, along with the sourcing from Algeria to Italy to Transylvania and finally to Napa, the marketing has remained playful.

**ANSWER:** Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

26.  However, as the source of the wine shifted from Transylvania, Romania to Napa, California, the marketing evolved to emphasize that the quality of the wine was actually extremely good, with Vampire wine having won numerous gold medals throughout the years and winning scores of 90 Points and higher.

1   **ANSWER:** Defendants are without information or knowledge sufficient to admit

2   or deny the allegations of this paragraph, and therefore deny the same.

3       27.   Plaintiff via its predecessors' in interest expanded its wine and spirits

4   business into gourmet quality foods, including Vampire Fine Belgian Chocolate and

5   Vampire Gourmet Coffee (US Reg. No. 3669827) and Vampire Gourmet Olive Oil

6   and Vampire Gourmet Balsamic Vinegar (US. Reg. No. 4776927.

7   **ANSWER:** Defendants are without information or knowledge sufficient to admit

8   or deny the allegations of this paragraph, and therefore deny the same.

9       28.   Plaintiff has expanded into restaurant services (US Reg. No. 3978444),

10  and Plaintiff actively licenses its VAMPIRE TACO mark (US. Reg. No. 939034) to

11  a chain of approximately 70 restaurants that make a fantastic tasting taco branded as

12  Vampire Taco.

13  **ANSWER:** Defendants are without information or knowledge sufficient to admit

14  or deny the allegations of this paragraph, and therefore deny the same.

15      29.   Plaintiff's natural zone of expansion includes other foods and

16  beverages, such as hot sauce, barbecue sauce, hamburgers, beers, and other

17  restaurant venues.  Plaintiffs have plans for each of these.

18  **ANSWER:** Defendants are without information or knowledge sufficient to admit

19  or deny the allegations of this paragraph, and therefore deny the same.

20      30.   Plaintiff is also the owner of the US Registration No. 5444375 for the

21  word mark VAMPIRE for Pre-mixed alcoholic beverages, other than beer based,

22  and Prepared Alcoholic Cocktails.  Plaintiff has a great tasting Gourmet Bloody

23  Mary cocktail, that it markets as its Vampire Gourmet Bloody Mary Cocktail.

24  **ANSWER:** Denied that Plaintiff "has" and "markets" a Vampire Gourmet Bloody

25  Mary Cocktail. Defendants further state that, on information and belief, Plaintiff has

26  never marketed a commercially available "Vampire Gourmet Bloody Mary

27  Cocktail" product and that US Registration No. 5444375 is invalid and

28

Mitchell
Silberberg &
Knupp LLP

11947238.2

1  unenforceable. Defendants are without information or knowledge sufficient to admit

2  or deny the remaining allegations of this paragraph, and therefore deny the same.

3      31.   Plaintiff's VAMPIRE family of brands are available for the world to

4  see on its website VAMPIRE.COM, and Plaintiffs' family of VAMPIRE Brands

5  have received coverage in various national magazines and newspapers, including

6  Maxim, InStyle, Elle, Shape, Star Magazine, the New York Times, the LA Times,

7  the Houston Chronicle, The Star Tribune, The Chicago Sun Times, and many more.

8  In addition, Plaintiffs' VAMPIRE family of brands have been shown on various

9  national television shows, such as The View with Oprah Winfrey, Anderson Cooper

10 for approximately five minutes with Ashley Greene from Twilight fame, CNN

11 Headline News, MTV's Viva La Bam, Food TV, and many more.

12 **ANSWER:** Defendants are without information or knowledge sufficient to admit

13 or deny the allegations of this paragraph, and therefore deny the same.

14     32.   In 2017 Plaintiff began selling Vampire Gourmet Bloody Mary

15 Cocktails in a can which are designed to be the go-to ready to drink premixed bloody

16 mary, perfect for busy bars, outdoor venues, picnics, and anyone on the go wanting

17 a gourmet ready to drink bloody mary cocktail.

18 **ANSWER:** Denied that Plaintiff "began selling Vampire Gourmet Bloody Mary

19 Cocktails" in 2017. Defendants further state that, on information and belief, Plaintiff

20 has never sold "Vampire Gourmet Bloody Mary Cocktails." Defendants are without

21 information or knowledge sufficient to admit or deny the remaining allegations of

22 this paragraph, and therefore deny the same.

23     33.   Plaintiff also markets and sells wine branded as Dracula and has been

24 doing so for more than a dozen years.  Plaintiff is the owner of US Trademark

25 Registration No. 20070618 for Dracula for wine.

26 **ANSWER:** Defendants are without information or knowledge sufficient to admit

27 or deny the allegations of this paragraph, and therefore deny the same.

28     **A.    The Obvious Intentional and Willful Infringement by defendants**

Mitchell
Silberberg &
Knupp LLP
11947238.2

**Flynn Restaurant Group and Gregg Flynn.**

34.     Prior to this lawsuit being filed, two of the defendants named herein, defendants Flynn Restaurant Group and Gregg Flynn infringed upon Plaintiff's trademarks, including its Vampire Taco registered trademark by unlawfully selling Burritos and other food items marketed as Vampire at approximately 40 Taco Bell restaurants owned and/or controlled by Flynn Restaurant Group and Gregg Flynn.

**ANSWER:** With regard to all Defendants other than Flynn Restaurant Group LP and Greg Flynn, Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same. Denied with regard to Defendants Flynn Restaurant Group LP and Greg Flynn.

35.     Within days of the Taco Bell corporate parent Yum Brands being served with a lawsuit about the infringing use of Vampire, Flynn Restaurant Group and Gregg Flynn, according to Yum Brands attorney in the *Vampire Family Brands v. Taco Bell IP Holdings, et al* (Case No. 8:19-cv-01388-DOC-ADS, filed in this District) stopped selling Vampire burritos and other food marketed as Vampire.

**ANSWER:** Defendants Flynn Restaurant Group LP and Greg Flynn state that they have never sold Vampire burritos or other food marketed as Vampire. Defendants Flynn Restaurant Group LP and Greg Flynn further state that subsidiaries of Bell American Group, LLC, a wholly owned subsidiary of Flynn Restaurant Group, offered a menu item called "vampire steaked fries" (seasoned fries topped with marinated steak, nacho cheese sauce, shredded cheddar cheese, pico de gallo, and a spicy/savory "vampire sauce"), which was also available in burrito form, for the duration of a five-week promotion scheduled by Taco Bell in 2019. Defendants Flynn Restaurant Group LP and Greg Flynn deny all other allegations in this paragraph. The remaining Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

Mitchell
Silberberg &
Knupp LLP
11947238.2

36.     It is fairly simple for a layman to go online to the USPTO website and search to see if a trademark has been registered.  Possibly, the Taco Bell Defendants did not conduct any due diligence before selecting Plaintiff's Vampire mark as its mark for burritos, steak fries and hot sauce, and conceivably that might explain why they would foolishly infringe upon Plaintiff's Vampire mark since Vampire burritos are obviously confusingly similar to Vampire tacos (which are sold under license from Plaintiff throughout the country.

**ANSWER:** With regard to all Defendants other than Flynn Restaurant Group LP and Greg Flynn, Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same. Denied with regard to Defendants Flynn Restaurant Group LP and Greg Flynn.

37.     That lame excuse of "I didn't know" can no longer apply to defendants Flynn Restaurant Group and Greg Flynn, who once informed about Plaintiff and its portfolio of Vampire food and beverage brands, knew of Plaintiff's preexisting Vampire mark, but nevertheless joined forces and conspired with the Applebees defendants to begin to market Vampire Cocktails in early October, in an effort to revive food sales at Applebees.

**ANSWER:** With regard to all Defendants other than Flynn Restaurant Group LP and Greg Flynn, Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same. Denied with regard to Defendants Flynn Restaurant Group LP and Greg Flynn.

**B.     The Applebees Defendants hijacked Plaintiff's Vampire mark because they were desperate to get customers into their doors to buy food.**

38.     According to an article in Forbes Magazine, dated August 24, 2016, TIMES ARE tough again at Applebee's.  The brand is aging and is being squeezed between less-expensive counter-service places (Chick- fil-A, Chipotle) that have eaten it lunch business and the horde of competitors (Chili's, Olive Garden) fighting for sit-down dollars.  In the second quarter Applebee's domestic same-restaurant

sales fell 4.2% compared with the same period in 2015, the fourth consecutive quarter of increasing declines.  From the time of the Applebee's and IHOP deal through February 2015, Dine Equity's stock had roughly tripled in value to $109 (trouncing the S&P 500 index's 48% rise during that period) but has since fallen 30%.  Hoping to reverse the sales slump, in May, at a cost of $75 million, the brand rolled out new menu featuring steaks, chicken and fish grilled over a wood fire.  It's also rolling out a new look, adding some hipster touches to Applebee's family-friendly neighborhood tavern vibe: wooden tables, exposed brick walls and interior lights spelling out the word "BAR."

**ANSWER:** Defendants are without information or knowledge with regard to the quoted statements allegedly appearing in a third-party publication and whether they have been accurately quoted, and therefore deny the same.

39.    A year later, Fortune Magazine wrote, "Applebee will close between 05 and 135 locations in 2017, the restaurant chain's parent company said in a statement Thursday." Fortune Magazine August 10, 2017.

**ANSWER:** Defendants are without information or knowledge with regard to the quoted statements allegedly appearing in a third-party publication and whether they have been accurately quoted, and therefore deny the same.

40.    On December 12, 2017, Eater.com published an article entitled, "Why Applebee's is Selling $1 Cocktails: How cheap cocktails are helping the struggling casual chain stay afloat." The title says it all.

**ANSWER:** Defendants are without information or knowledge with regard to the quoted statements allegedly appearing in a third-party publication and whether they have been accurately quoted, and therefore deny the same.

41.    On November 4, 2018, CNBC reported, "As Cheap alcoholic beverages and dinner deals lured in customers during the third quarter and helped boost same-store sales up 7.7 percent, John Cywinski, president of Applebee's, told CNBC.

'This is massive growth compared to the rest of the industry, which saw same-store sales up 1.2 percent in the same period, according to Black Box Intelligence data.'"

**ANSWER:** Defendants are without information or knowledge with regard to the quoted statements allegedly made by a third party and whether they have been accurately quoted, and therefore deny the same.

42.     Recently, still anxious to make money, the Applebee defendants resorted to selling $1 alcoholic cocktails wrongfully named VAMPIRE to get customers to dine at their restaurants knowing they were infringing Plaintiff's trademarks.

**ANSWER:** Denied by all Defendants.

43.     In order to drum up business the Applebee defendants' sent out a press release.  "The $1 Vampire is a freaky Tiki drink served with a side of fangs," Patrick Kirk, vice president of beverage innovation at Applebee's, said in an email press release.  "Seriously, where else can you buy a delicious cocktail and walk away with a Halloween costume for only a buck?"

**ANSWER:** Defendants admit that the quoted text originated in an Applebee's press release and state that the quoted text speaks for itself. Defendants deny any other allegations in this paragraph.

44.     Due to the press announcement, news spread through social media. Plaintiff learned out about the Applebee defendants unlawful use of its Vampire mark in connection with cocktails when it saw some publicity about a Vampire cocktail online.

**ANSWER:** Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

45.     On October 1, 2019, Business Wire wrote, "Get a bite out of this. Applebee's® is celebrating the scariest time of the year with a brand new Neighborhood Drink of the Month.  Starting today, and for the rest of October,

1    participating Applebee's across the country are sucking you in with the $1
2    Vampire."

3    **ANSWER:** Defendants are without information or knowledge with regard to the
4    quoted statements allegedly appearing in a third-party publication and whether they
5    have been accurately quoted, and therefore deny the same.

6          46.    The Applebee defendants presumably instructed Business Wire to add
7    the ® trademark registration symbol to the Applebees name and misinformed the
8    press that Plaintiff owns trademark registrations for Vampire in various classes,
9    including as referenced above, for wine, spirits and cocktails, and more.

10   **ANSWER:** Denied by all Defendants.

11         47.    Kansas City on the Cheap.com reported,

12                Applebee's latest $1 Neighborhood Drink of the Month is putting the
13         freaky in Tiki.  Starting today, and for the rest of October, participating
14         Applebee's across the country are sucking customers in with the $1 Vampire
15         drink.  Served in a 10-ounce mug, the $1 Vampire is a mix of rum, strawberry,
16         dragon fruit, passion fruit and a dash of pineapple.  Celebrating the scariest
17         time of the year, the $1 Vampire is served with a cherry on top and a set of
18         complimentary vampire fangs.  It's a drink and a costume all for a buck.

19                Combine this drink deal with Applebee's Pasta and Grill combos
20         (starting at $9.99) and you're set for dinner.  You get to choose a protein
21         (steak, chicken, salmon or shrimp), a pasta (ravioli, alfredo or stuffed rigatoni)
22         and two sides.

23   **ANSWER:** Defendants are without information or knowledge with regard to the
24   quoted statements allegedly appearing in a third-party publication and whether they
25   have been accurately quoted, and therefore deny the same.

26         48.    SILIVE.com's headline on October 4, 2019, was Applebee's Dollar
27   Vampire: Dare to take a sip on Staten Island.

28

Mitchell
Silberberg &
Knupp LLP
11947238.2

16

1  **ANSWER:** Defendants are without information or knowledge with regard to the

2  quoted statements allegedly appearing in a third-party publication and whether they

3  have been accurately quoted, and therefore deny the same.

4       49.    On October 3, 2019, EatDrinkDeals.com wrote, "Every day through

5  October 31, 2019, get a Vampire made with rum, dragon fruit, passion fruit and

6  strawberry. Plus, it comes with fangs. Please don't bite the other guests. The oz

7  cocktail is just $1. For the official announcement of the drink special see the

8  Applebee's Facebook page.

9  **ANSWER:** Defendants are without information or knowledge with regard to the

10  quoted statements allegedly appearing in a third-party publication and whether they

11  have been accurately quoted, and therefore deny the same.

12       50.    EatDrinkDeals.com posted the following picture (which also was

13  posted throughout other social media.)

14  

15  **Applebee's Grill & Bar** about 2 weeks ago

16
17
18
19
20  
21
22
23
24
25
26

27  The $1 Vampire has emerged from its coffin. It's made with rum, dragon fruit,

28  passion fruit and strawberry. And it comes with fangs.
    **12K  10K  16K**

**ANSWER:** Defendants are without information or knowledge with regard to the quoted statements allegedly appearing in a third-party publication and whether they have been accurately quoted, and therefore deny the same.

51.    MileHighOnTheCheap.com ran a similar story with a similar picture, adding,

> "Famished frugal diners can pair the bargain beverage with the chain's popular **2 for $22** meal for maximum savings.  It's not often you can get an appetizer, two entrées and drinks for under $30, so the two deals combined make for a perfect, low-cost "date night."

**ANSWER:** Defendants are without information or knowledge with regard to the quoted statements allegedly appearing in a third-party publication and whether they have been accurately quoted, and therefore deny the same.

52.    Other publications highlighted the same story and message (as intended by the Applebees defendants), go to Applebees to drink a Vampire cocktail for $1 and order food while you're there.   Other publications that repeated the same intentional infringing message include, Delish.com, Vinepair.com, Myrecipes.com, News.meredithlmg.com,    DoYouRemember.com,    PopSugar.com,    Rare.us, Elitedaily.com, and bustle.com, and many more.

**ANSWER:** Defendants are without information or knowledge with regard to the purported statements allegedly appearing in third-party publications and whether they have been accurately alleged, and therefore deny the same.

53.    On October 3, 2019, the national newspaper USAToday.com wrote about it and featured a video showing off defendants' infringing Vampire cocktail.

**ANSWER:** Defendants are without information or knowledge with regard to the purported statements allegedly appearing in a third-party publication and whether they have been accurately alleged, and therefore deny the same.

54.     Defendants made its [sic] video featuring its infringing Vampire cocktail available on its Facebook page, on its Applebees website, on its Instagram pages and on YouTube and more places.

**ANSWER:** The Dine Defendants state that they promoted vampire cocktails on or around October 1 – October 31, 2019, on the Applebee's website and via social media. Defendants deny all other allegations in this paragraph.

55.     Defendants infringing Vampire cocktail was shown on both Sacramento's ABC 10, and San Francisco's KRON4.

**ANSWER:** Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

56.     ABC 10's website has a link to defendant's twitter page showing the following infringing image:



**ANSWER:** Defendants are without information or knowledge as to the alleged content of a third-party website, and therefore deny the same.

57.     Publicity about defendants' infringing cocktail appeared in numerous other outlets, including radio outlets, such as https://alt1037dfw.radio.com and many more presently unknown.

**ANSWER:** Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

58.     According to the press release sent out by defendant Patrick Kirk with the approval of defendants including defendants Cywinski, Stephen P. Joyce and Gregg Flynn,

> "Applebee's Drink of the Month is a Halloween-themed punch is "a freaky tiki rum punch.  They're calling it a Vampire.  The purple liquid is served in a glass mug with plastic vampire teeth and a blood-red cherry."  [Thrillist, October 1, 2019 article]

**ANSWER:** Defendants are without information or knowledge with regard to the quoted statements allegedly appearing in a third-party publication and whether they have been accurately quoted, and therefore deny the same. Defendant Patrick Kirk denies that he "sent out" an Applebee's press release. Defendants John Cywinski, Stephen P. Joyce and Gregg [sic] Flynn deny that they "approved" an Applebee's press release.

59.     Defendants Applebees' Facebook page that features the infringing cocktail shows that it is followed by approximately six million people.

**ANSWER:** The Dine Defendants state that the Applebee's Facebook page currently has approximately 5,938,030 followers.  The non-Dine defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same. Denied with regard to any other allegations in this paragraph.

60.     Applebees' Twitter page is followed by approximately 632,000 followers. Defendants posted an infringing video featuring the infringing Vampire Cocktail that had as of this writing over 323,000 views. The video starts out with a

story about the infringing Vampire cocktail and asks its followers to complete the incomplete story told on the video.

**ANSWER:** The Dine Defendants state that Applebee's Twitter account currently has approximately 633,400 followers. The Dine Defendants further state that a video promoting the vampire cocktail was posted to Applebee's Twitter account on or around October 10, 2019, and currently has approximately 325,500 views. The non-Dine defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same. Denied with regard to all other allegations in this paragraph.

61.    Images of the infringing cocktail were also posted on Defendants' Instagram page which has 561,000 followers.

**ANSWER:** The Dine Defendants state that Applebee's Instagram account currently has approximately 589,000 followers, and that images of the vampire cocktail were posted to the Applebee's Instagram account on or around October 1-31, 2019. The non-Dine defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same. Denied with regard to all other allegations in this paragraph.

62.    The Applebee Defendants continue to unlawfully promote the $1 Vampire Cocktail on the home page of its website, on its Facebook Pages, on Instagram and elsewhere on social media.  They unlawfully released a cartoon ad featuring the $1 Vampire Cocktail, and they have unlawfully placed signage prominently outside the doors of their restaurants promoting the $1 Vampire Cocktail.  The signs on the window promote the $1 Vampire cocktail with a goofy picture of a vampire as in the Facebook campaign.  The $1 Vampire cocktail comes with hokey teeth.  Simply put the Applebee defendants' marketing of the $1 Vampire cocktail is the antithesis of Plaintiff's marketing of Vampire Wine and its other Vampire products, including its bloody mary, as upscale great tasting product.

YouTubers are saying they drank 3 Vampires (referring to defendant's infringing drink.

**ANSWER:** The Dine Defendants state that the seasonal vampire cocktail was promoted on the Applebee's website and social media during October 2019, and that one or more advertisements featured a cartoon. The Dine Defendants further state that signage promoting the vampire cocktail was present in participating Applebee's restaurants during the seasonal promotion in October 2019. The non-Dine defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same. Denied with regard to all other allegations in this paragraph.

63.     Moreover, Plaintiff observed that Applebees also sells a cocktail called "Dracula's juice" made from rum, which it sells for $7.99.  This drink infringes and is confusingly similar to Plaintiff's trademarks.

**ANSWER:** The Dine Defendants state that certain Applebee's restaurants have offered a seasonal cocktail with the name "Dracula's Juice." The non-Dine defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same. Denied with regard to all other allegations in this paragraph.

**C.    The Obvious Intentional and Willful Infringement by all the defendants who refused to stop infringing plaintiff's marks.**

64.     On Friday morning, October 18, 2019, defendants Stephen P. Joyce, Patrick Kirk, John Cywinski and Greg Flynn each received, via federal express, a draft version of this complaint complaining about their unlawful conduct and seeking damages and injunctive relief.

**ANSWER:** Defendants Stephen P. Joyce, Patrick Kirk, John Cywinski and Greg Flynn state that they received a draft version of this Complaint on or around October 18, 2019. Denied with regard to any other allegations in this paragraph. The

1   remaining Defendants are without information or knowledge sufficient to admit or

2   deny the allegations of this paragraph, and therefore deny the same.

3       65.     Notwithstanding the notice of infringement, all of the defendants

4   refused to stop and continue to infringe.  The home page of the Applebees website

5   still prominently features the infringing Vampire Cocktail drink.  The infringing

6   drink is still featured on defendants' social media, and their promotion and sales of

7   the infringing Vampire cocktail still continues as of this writing.

8   **ANSWER:** Denied by all Defendants.

9       66.     On Friday October 25, 2019, Plaintiff received notice from a business

10  associate in the beverage business that he and his wife (who's also in the beverage

11  business) saw a large Applebees Vampire billboard along Interstate 5 near Irvine.

12  This contact wondered if Plaintiff had done some kind of business deal with

13  Applebees.

14  **ANSWER:** Defendants are without information or knowledge with regard to

15  statements allegedly made by third parties to Plaintiff, and therefore deny the same.

16      67.     Subsequently, Plaintiff googled the terms "Applebees Vampire

17  billboard" and discovered that defendants are unlawfully advertising their

18  unauthorized association on billboards elsewhere as well, including in San

19  Francisco, where an article indicated that defendants are sharing a billboard with a

20  contentious political matter.

21  **ANSWER:** Defendants are without information or knowledge sufficient to admit

22  or deny the allegations of this paragraph, and therefore deny the same.

23      68.     Plaintiff conducted a google search for the terms "Applebees Vampire"

24  and found approximately 160 hits for magazines, newspapers, radio shows,

25  television shows that published the story of defendants coming out with their illegal

26  Vampire cocktail.  A copy of this search result is attached as Exhibit A.  The

27  combination of press, advertising and promotion is obviously detrimental to

28

Mitchell
Silberberg &
Knupp LLP
11947238.2

23

1  Plaintiff's brands, and defendants refused to stop even knowing about the harm they

2  continue to cause.

3  **ANSWER:** Defendants are without information or knowledge sufficient to admit

4  or deny the allegations of this paragraph, and therefore deny the same.

5      69.    Plaintiff markets its brands through a national network of wholesalers,

6  and via the website: www.vampire.com.  Vampire wine sells for anywhere between

7  $10 to $15 per bottle nationally at retail stores.  Vampire wine is also available in

8  bars and restaurants on wine lists.

9  **ANSWER:** Defendants are without information or knowledge sufficient to admit

10  or deny the allegations of this paragraph, and therefore deny the same.

11      70.    Plaintiff and its associates have worked hard to insure that they put the

12  best wine in the bottle as possible.  Over the last few years, Plaintiff's Vampire

13  family of wines have received some great reviews and have won Gold Medals,

14  including Gold Medals at the San Francisco Chronical Wine Competition for its

15  Vampire Merlot, Vampire Cabernet Sauvignon, Vampire Pinot Noir, a Gold Medal

16  and 92 Rating from the Los Angeles International Wine & Spirits Competition

17  awarded to Vampire Cabernet Sauvignon, Gold Medals at the Texas International

18  Rodeo Wine Competition, and 92 ratings for its highest end Trueblood Cabernet

19  Sauvignon.

20  **ANSWER:** Defendants are without information or knowledge sufficient to admit

21  or deny the allegations of this paragraph, and therefore deny the same.

22      71.    Plaintiff has spent substantial amounts of time and money building up,

23  advertising, and promoting its brands.  By virtue of the popularity of its brands, its

24  advertising, promotion, and sales, plus the popularity of its websites, including

25  vampire.com, Plaintiff has built up and own extremely valuable goodwill which is

26  symbolized by Plaintiff's various marks.

27  **ANSWER:** Defendants are without information or knowledge sufficient to admit

28  or deny the allegations of this paragraph, and therefore deny the same.

Mitchell
Silberberg &
Knupp LLP
11947238.2

72.     Defendants intentional wrongful acts are harming Plaintiff's brands reputation and are diluting the brands and are disparaging.

**ANSWER:** Denied.

73.     If defendants are not stopped from marketing food and beverages using Plaintiff's Vampire mark and/or Dracula mark or a mark confusingly similar to Vampire (or Dracula), then consumers will likely be confused about the source and origin of defendants' products and services and mistakenly conclude that defendants' products or services are produced by, or associated with Plaintiff and/or its licensees.

**ANSWER:** Denied by all Defendants.

74.     Alternatively, if defendants are not stopped from marketing food and beverages using Plaintiff's Vampire mark and/or Dracula mark or a mark confusingly similar to Vampire (or Dracula), then consumers will likely be confused about the source and origin of Plaintiff's (or its licensees') products and services and mistakenly conclude that Plaintiff's (or its licensees') products or services are produced by, or associated with defendants.

**ANSWER:** Denied by all Defendants.

## COUNT I
## <u>VIOLATION OF LANHAM ACT 15 U.S.C. §1125(a)</u>

75.     Plaintiff realleges the allegations in paragraphs 1 through 74.

**ANSWER:** Defendants maintain and incorporate by reference their answers to paragraphs 1-74 as if set forth fully herein.

76.     Defendants have large resources with which to market and advertise its goods and services.  Defendants' resources vastly exceed those of Plaintiff.  Consequently, marketing and advertising efforts by Defendants are likely to mislead consumers to believe that Plaintiff's goods and services may be unauthorized use of trademarks that Applebees owns.  If defendants are able to continue their wrongful

acts, consumers are likely to be misled to believe that Plaintiff is misusing the VAMPIRE mark (and/or Dracula mark).

**ANSWER:** Denied by all Defendants.

77.   Also, Defendants' use of the word VAMPIRE (and Dracula) as cocktails, so closely resembles Plaintiff's products and services (including Plaintiff's Vampire Gourmet Bloody Mary Cocktail) that the public is likely to be confused and deceived, and to assume erroneously that defendants' goods are those of Plaintiff, or that defendants are in some way connected with, sponsored by, or affiliated with Plaintiff, all to Plaintiff's detriment and irreparable damage.

**ANSWER:** Denied by all Defendants.

78.   Defendants are not affiliated with, connected with, endorsed by, or sponsored by Plaintiff, nor has Plaintiff approved or authorized any of the goods or services offered or sold by defendants.

**ANSWER:** Admitted by all Defendants.

79.   Plaintiff has no control over the nature and quality of the goods and services offered and sold by defendants or its licensees.  Any failure, neglect, or default by defendants or its licensees in providing such products or services will reflect adversely on Plaintiff as being the believed source of said failure, neglect, or default, thereby hampering Plaintiff's efforts to continue to protect its outstanding reputation and preventing Plaintiff from further building its reputation.  Said failure, neglect, or default will result in loss of revenue by Plaintiff, and loss of value of Plaintiff's considerable expenditures to promote its goods and services under the VAMPIRE mark, all to the irreparable harm of Plaintiff.

**ANSWER:** Admitted that Plaintiff has no control over the nature and quality of the goods and services offered and sold by Defendants or their licensees, where applicable. Denied with regard to all other allegations in this paragraph.

80.   In fact, the Applebees defendants sale of a Vampire Cocktail for $1 interferes with and hampers Plaintiff's ability to market and promote its wines.

Mitchell
Silberberg &
Knupp LLP

11947238.2

26

Plaintiff's Vampire Wine normally sells in restaurants for between $8 and $10 per glass, so a $1 Vampire cocktail cheapens the perception of Plaintiff's wines. Similarly, a $1 Vampire cocktail cheapens the perception of Plaintiff's Vampire gourmet bloody mary making it harder for Plaintiff to market and promote its bloody mary.

**ANSWER:** Denied by all Defendants.

81.    Without the knowledge or consent of Plaintiff, Defendants have marketed and sold in interstate commerce, and in commerce substantially affecting interstate commerce, products and services branded under the name VAMPIRE (and Dracula) and continue to do so.  Defendants have promoted, publicized, advertised, offered for sale, and/or sold, products and services using the VAMPIRE (and Dracula) mark through persons not authorized, employed by, or associated in any way with Plaintiff and have used the aforementioned trade name and trademark as a false designation and false representation for food products.

**ANSWER:** Denied by all Defendants.

82.    None of defendants' activities complained of in this complaint have been authorized by Plaintiff, and such unauthorized use by Defendants of Plaintiff's trademarks and/or trade names in interstate commerce, commerce substantially affecting interstate commerce in this district, and elsewhere throughout the United States, constitutes infringement and an inducement to infringe Plaintiff's trademarks and/or trade names, and such activities are likely to cause confusion, mistakes, and to deceive the public at large.

**ANSWER:** Admitted that none of Defendants' activities complained of in this Complaint have been authorized by Plaintiff. Denied with regard to all other allegation in this paragraph.

83.     Upon information and belief, Defendants have acted with the unlawful purpose of:

  a.   Improperly taking advantage of the valuable goodwill belonging to Plaintiff;

  b.   Soliciting Plaintiff's customers and/or potential customers, attempting to sell, and selling to such customers and potential customers, goods and services marketed under the VAMPIRE mark (and Dracula mark) through persons not authorized by, employed by, or associated in any way with Plaintiff;

  c.   Inducing others to infringe Plaintiff's trademarks and trade names; and

  d.   Causing the goods of persons not authorized by, employed by, or associated in any way with Plaintiff to be falsely represented as if they were rendered, authorized, sponsored by, endorsed by, or otherwise connected with Plaintiff and its licensed trademarks and trade names.

**ANSWER:** Denied by all Defendants.

84.     Defendants' conduct, as alleged in this complaint, constitutes a violation of 15 U.S.C. § 1125(a).

**ANSWER:** Denied by all Defendants.

85.     If Defendants are allowed to continue marketing and selling the accused goods and services, Plaintiff will be damaged as alleged in this complaint, and the Defendants will profit thereby.  Furthermore, unless the Court permanently enjoins Defendants conduct as alleged in this complaint, Plaintiff's business, goodwill, and reputation will suffer irreparable injury of an insidious and continuing sort that cannot be adequately calculated and compensated in monetary damages.

**ANSWER:** Denied by all Defendants.

86.     Defendants have hijacked Plaintiff's trademark.  Hijacking Plaintiff's Vampire trademark improved the relevance of ads on searches that included "Vampire" keywords and made defendants' promotion more interesting.  It led to more people hearing about Applebees, leading them to come in and try the $1 infringing drink and buy some food at regular prices.  Highjacking Plaintiff's mark lowered defendants costs to advertise while improving defendants' sales and profits.
**ANSWER:**  Denied by all Defendants.

87.     Defendants' aforementioned acts and conduct is being done willfully and with an intent to ride on, and/or step on and demolish, the goodwill Plaintiff has worked hard to develop.  Plaintiff is therefore entitled to treble damages arising therefore, disgorgement of defendants' profits, as well as reimbursement of Plaintiff's attorneys' fees and costs.
**ANSWER:**  Denied by all Defendants.

88.     The intentional nature of defendant's acts (particularly defendants Flynn Restaurant Group and Greg Flynn who previously infringed upon Plaintiff's Vampire Taco mark by selling Vampire Burritos and who obviously knew of Plaintiff) makes this an exceptional case under 15 U.S.C. §1117(a).
**ANSWER:**  Denied by all Defendants.

89.     The intentional nature of defendant's acts and conduct makes this a case suitable for an award of Three Times Defendants' profits plus attorneys fees.
**ANSWER:**  Denied by all Defendants.

90.     Furthermore, since the Applebee defendants are using Plaintiff's Vampire mark as a loss leader to drive people into their restaurants to eat, the Applebee defendants ought to pay the profits from their food sales to Plaintiff as well.
**ANSWER:**  Denied by all Defendants.

Mitchell
Silberberg &
Knupp LLP

11947238.2

29

## COUNT II
## <u>VIOLATION OF LANHAM ACT 15 U.S.C. §1114</u>
### (Against All Defendants)

91.     Plaintiff repeats each allegation contained in paragraphs 1 through as though set forth herein at length.

**ANSWER:** Defendants maintain and incorporate by reference their answers to paragraphs 1-90 as if set forth fully herein.

92.     Defendants have engaged in, and continue to engage in, the wrongful exploitation of Plaintiff's registered marks.

**ANSWER:** Denied by all Defendants. Defendants further object to "Plaintiff's registered marks" as vague with regard to which marks Plaintiff alleges have been "wrongfully exploited."

93.     Defendants' goods are so closely related to Plaintiff's goods that the public is likely to be confused, to be deceived, and to erroneously assume that Defendants' marketing and sale of their VAMPIRE (and Dracula) branded goods and services, as packaged, advertised and promoted, are those of Plaintiff, or that Defendants are in some way connected with, sponsored by, or affiliated with Plaintiff, all to Plaintiff's detriment and irreparable damage.

**ANSWER:** Denied by all Defendants.

94.     Defendants are not affiliated with, connected with, endorsed by, or sponsored by Plaintiff.  Furthermore, Plaintiff has not approved any of the goods or services offered or sold by Defendants.

**ANSWER:** Admitted that Defendants are not affiliated with, connected with, endorsed by, or sponsored by Plaintiff. Defendants object to the allegation "Plaintiff has not approved any of the goods or services offered or sold by Defendants" as vague, and therefore deny the same.

95.     Defendants aforesaid infringing conduct has been willful and with an intent to ride on, and/or step on and demolish, the goodwill Plaintiff has worked hard

Mitchell
Silberberg &
Knupp LLP

11947238.2

30

to develop.  Defendants' aforesaid infringing conduct has been willful and with knowledge that the sale, marketing, advertisement, and promotion of their Vampire branded cocktails and restaurant services will hinder the prospects of future commercial success of Plaintiff's VAMPIRE family of brands, including its further foray into the food, cocktail and restaurant space.  Plaintiff is therefore entitled to treble damages arising therefrom, as well as reimbursement of Plaintiff's attorneys' fees and costs.

**ANSWER:** Denied by all Defendants.

**COUNT III**
**VIOLATION OF LANHAM ACT 15 U.S.C. §1125c**
**(Against All Defendants)**

96.    Plaintiff repeats each allegation contained in paragraphs through 95 as though set forth herein at length.

**ANSWER:** Defendants maintain and incorporate by reference their answers to paragraphs 1-95 as if set forth fully herein.

97.    Plaintiff's Vampire family of brands have appeared on The View, Anderson Cooper, CNN Headline News, Entertainment tonight, MTV's Viva La Bam, The Food Channel, A & E, and have been written up in widely circulated magazines such as Star Magazine, Shape, Maxim, InStyle, Elle, Spin, Rolling Stone, Marie Claire, Cosmo Girl, The Wine Enthusiast, and in regional newspapers such as the LA Times, the NY Times, the Houston Chronicle, and others, and as such have developed a fame all of their own catapulting the Vampire brand into the category of a famous mark.

**ANSWER:** Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

98.    Plaintiff's associates and predecessors in interest periodically work with Hollywood film companies and engage in mutually beneficial promotions.  For example, Plaintiff's products have been found in the Blade films (starring Wesley

Mitchell
Silberberg &
Knupp LLP
11947238.2

31

Snipes) and HBO's Trueblood Series, and Plaintiff has done promotions connecting its Vampire family of brands to films such as the Underworld series of films (starring Kate Beckinsale) in addition to Blade Trinity, and it has had its wines featured and poured at film premiers, including such as Quentin Tarrantino's *Dusk Til' Dawn and Dark Shadows* (starring Johnny Depp.) A sampling of just some of the press talking about Plaintiff's Vampire family of brands is attached as Exhibit B.

**ANSWER:** Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same.

99.     Plaintiff fears that defendants' marketing excursions into the world of vampires using the word Vampire as a mark for goods and services will cause consumers to believe that Plaintiff's Vampire branded wines and bloody mary cocktail (and other goods and services) are not of as high quality as they actually are and will tarnish, dilute and otherwise damage the reputation of Plaintiff's goods and services.  This will lead to irreparable harm to Plaintiff's goodwill, reputation, and sales.

**ANSWER:** With regard to Plaintiff's mental state, Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same. Denied with regard to all other allegations in this paragraph.

100.  Plaintiff also fears that the disparaging nature of defendant's silly marketing will interfere with Plaintiff's ability to attract those producing serious first class Hollywood films to want to do future joint promotions with Plaintiff and its family of Vampire brands.

**ANSWER:** With regard to Plaintiff's mental state, Defendants are without information or knowledge sufficient to admit or deny the allegations of this paragraph, and therefore deny the same. Denied with regard to all other allegations in this paragraph.

**COUNT IV**
**UNFAIR COMPETITION – COMMON LAW, AND CALIFORNIA**
**BUSINESS & PROFESSIONS CODE §§ 17200 *et seq.***

**(Against All Defendants)**

101.   Plaintiff repeats each allegation contained in paragraphs 1 through 100 as though set forth herein at length.

**ANSWER:** Defendants maintain and incorporate by reference their answers to paragraphs 1-100 as if set forth fully herein.

102.   Defendants have engaged in unfair competition perpetrated against Plaintiff by reason of the conduct alleged herein.

**ANSWER:** Denied by all Defendants.

103.   The unlawful and unfair conduct is injuring the goodwill of Plaintiff and its lawful licensees.

**ANSWER:** Denied by all Defendants.

104.   Defendants are liable for the unfair competition, and/or are liable for aiding and abetting such conduct.

**ANSWER:** Denied by all Defendants.

105.   By this conduct, Plaintiff has directly suffered injuries and each Defendant has been unjustly enriched.

**ANSWER:** Denied by all Defendants.

106.   Plaintiff is entitled to restitution, the recovery of damages, and the recovery of the profits earned by Defendants by virtue of their conduct.

**ANSWER:** Denied by all Defendants.

107.   As a consequence of the unfair competition by Defendants, Plaintiff is suffering irreparable injury, by reason of which such conduct should be enjoined.

**ANSWER:** Denied by all Defendants.

108.   Plaintiff is entitled to reasonable attorneys' fees.

**ANSWER:** Denied by all Defendants.

Mitchell
Silberberg &
Knupp LLP

11947238.2

33

109.   Plaintiff is informed and believes, and on that basis alleges, that the aforementioned conduct of Defendants is willful, oppressive, fraudulent, and malicious, and Plaintiff is therefore entitled to punitive damages.

**ANSWER:**  Denied by all Defendants.

**COUNT V**
**UNFAIR COMPETITION – COMMON LAW, CALIFORNIA**
**BUSINESS & PROFESSIONS CODE §§ 17500 _et seq._**
**(Against All Defendants)**

110.   Plaintiff repeats each allegation contained in paragraphs through 109 as though set forth here at length.

**ANSWER:**  Defendants maintain and incorporate by reference their answers to paragraphs 1-109 as if set forth fully herein.

111.   Defendants' use of Plaintiff's family of VAMPIRE brands and trademarks misrepresents the nature, characteristics, identity, and source or sponsorship of Defendants' goods and services, constitutes aiding and abetting liability for deceptive, untrue, and misleading advertising and therefore constitutes a violation of, inter alia, California Business and Professions Code §§17500 et seq. and California common law.

**ANSWER:**  Denied by all Defendants.

112.   Defendants' use of Plaintiff's family of VAMPIRE brands and trademarks is likely to deceive and will continue to deceive the consuming public. Defendants knew, recklessly disregarded, or reasonably should have known that such packaging, advertising, marketing, and promotion was untrue and/or misleading.

**ANSWER:**  Denied by all Defendants.

113.   As a result of the conduct described above, Defendants have been and/or will be unjustly enriched at the expense of Plaintiff and the general public. The interests of the general public and Plaintiff are, therefore, closely related.

1   **ANSWER:** Denied by all Defendants.

2       114.   Defendants have been unjustly enriched, among other things, by the
3   receipt of sales revenues from consumers who mistakenly thought that they were
4   purchasing Plaintiff's VAMPIRE goods and services, but instead were purchasing
5   Defendants' goods and services which are promoted and sold through
6   advertisements that affirmatively misrepresent, either directly or by implication, the
7   nature, characteristics, identity, and source or sponsorship of the goods.

8   **ANSWER:** Denied by all Defendants.

9       115.   Pursuant to Business and Professions Code §§ 17203 and 17535,
10  Plaintiff, on behalf of itself and the general public, which is unable effectively to
11  assert its interests, seeks an order of this Court ordering Defendants immediately to
12  cease such acts of unfair competition and false advertising, and enjoining Defendants
13  from continuing to market, promote, advertise, offer for sale, and sell, and advertise
14  goods or services using the Vampire mark.  Plaintiff additionally requests an order
15  disgorging Defendants' ill-gotten gains and restitution of all monies wrongfully
16  acquired by Defendants by means of its acts of unfair competition and false
17  advertising.  Plaintiff further requests they be paid interest and attorneys' fees.

18  **ANSWER:** Defendants state that the allegations in this paragraph speak for
19  themselves. Denied that Plaintiff is entitled to any relief.

20

21              **FIRST AFFIRMATIVE DEFENSE – FAIR USE**

22      1.    On information and belief, vampiric creatures, which are said to subsist
23  by feeding on the essence (usually in the form of blood) of the living, have been a
24  part of folklore for millennia.

25      2.    On information and belief, the first published appearance of the English
26  word "vampyre" dates to 1734.

27

28

Mitchell
Silberberg &
Knupp LLP

11947238.2

3.      On information and belief, the current common depiction of a vampire figure – a pale, gaunt human figure with fangs that often wears a cloak or a cape – was popularized in the early 19th century.

4.      On information and belief, vampires have been a tremendously popular subject for works of fiction, and indeed has spawned its own genre. The first successful vampire story was "The Vampyre," by the English writer John Polidori, published in 1819. Bram Stoker's novel "Dracula," published in 1897, remains the seminal work in the genre, and the Dracula character has been the basis for dozens of films, from "Nosferatu" in 1922 to "Bram Stoker's Dracula" in 1992. More recently, of course, the "Twilight" series of vampire-centered books has gained immense popularity worldwide, selling over 120 million copies. The "Twilight" books were adapted into a film series that has grossed over $3.3 billion worldwide.

5.      On information and belief, vampires are commonly associated with Halloween celebrations, for example, as a common decorative element, party theme, and/or costume choice for trick-or-treaters and partygoers.

6.      On information and belief, "vampire" is also an exceedingly commonly used term to describe drinks with a "blood" red or purple color. A Google search on "vampire cocktail" returns more than 20 million results and includes recipes for a "Vampire Vodka Cocktail" (featured on Martha Stewart's website), a "Vampire's Kiss Martini" (featured on Food.com), a "Halloween Vampire Cocktail," a "Vampire Blood Cocktail," a "Vampire Inspired Cocktail," a "Vampire's Drip Cocktail," a "Bloody Vampire Cocktail," among countless others. *See* Exh. A

7.      On information and belief, vampire-themed promotions, including drink promotions, are common in the restaurant industry. Among numerous examples, GloriaFood.com advises that restaurants could "use plenty of Halloween restaurant promotions to attract customers, like: *2-for-1 Vampire punches*" (linking to recipe for "The Vampire Punch"; emphasis in original) and "vampire blood" shots in laboratory tubes or syringes. *See* Exh. B. POS Sector, a vendor of restaurant

management software, notes that "Any food or drink with red colors could be used. It is almost mandatory to have red tomato soup on your menu that you can named for Halloween as a 'vampire blood.'" *Id.* The Lightspeed restaurant blog advises that restaurants "can run a special menu through the rest of October, or just for the Halloween weekend with pricing per item. Don't forget cocktails as well … grenadine can be used to simulate the look of blood for layered drinks or shots, and cranberry juice can add a crimson tone to vampire-themed drinks." *Id.*

8.      Participating Applebee's restaurants frequently offer special drink promotions that are seasonal and/or tied to particular holidays.

9.      On or around October 1-31, 2019, participating Applebee's restaurants engaged in a Halloween-themed promotion that involved, among other elements, a "vampire" cocktail. The cocktail was made with a mix of rum and various tropical fruit juices and was purple in color. The cocktail was garnished with a cherry and a set of plastic vampire fangs.

10.     The Applebee's Halloween promotion used the term "vampire" to describe the color of its cocktail, the garnish of plastic fangs, and the cocktail's connection to the seasonal promotion.

11.     Accordingly, use of the term "vampire" by any and all of the Defendants was descriptive and not as a trademark.

12.     Such use by any and all of the Defendants was in good faith.

13.     Use by any and all of the Defendants of the term "vampire" therefore constituted classic fair use and cannot give rise to liability for any of Plaintiff's claims.

///
///
///
///
///

# COUNTERCLAIMS

Counterclaimant Applebee's Services, Inc. ("Counterclaimant") alleges, upon knowledge as to its own acts and upon information and belief as to the acts of others, as follows:

## FIRST COUNTERCLAIM

### Declaratory Judgment of Invalidity and Non-Infringement and Order for Cancellation of Reg. No. 5444375

1.      Defendant Applebee's Services, Inc. brings this counterclaim for a Declaratory Judgment that (a) Plaintiff and/or any and all of its predecessors in interest (hereafter, "Plaintiff") has no protectable rights in the VAMPIRE mark in connection with the goods covered by US trademark Reg. No. 5444375 (the "Registration") and (b) Defendants therefore have not and could not have infringed Plaintiff's purported rights, and an Order that the Registration be cancelled in due course by the United States Patent and Trademark Office.

## I.      JURISDICTION AND VENUE

2.      This counterclaim arises under the Lanham Act, particularly 15 USC § 1127. Jurisdiction is conferred on this Court by 15 USC § 1121(a), and by 28 USC § 1338(a), in that this case arises under the trademark laws of the United States. Venue is proper in this District under 28 U.S.C. §§ 1391(a) and (b) because Plaintiff/Counter-Defendant resides in this District.

## II.      THE PARTIES

3.      Defendant/Counterclaimant Applebee's Services, Inc. is a Kansas corporation headquartered in Glendale, California.

4.      On information and belief, Plaintiff/Counter-Defendant Vampire Family Brands, LLC is a Delaware limited liability company with its main business office located in Los Angeles County, California.

### III.    <u>MATERIAL FACTS</u>

5.    On information and belief, Counter-Defendant does not currently offer or market pre-mixed or prepared alcoholic beverages in connection with the VAMPIRE mark, and indeed has never sold such beverages in connection with the mark.

6.    On information and belief, Counter-Defendant's use of the VAMPIRE mark in connection with the goods covered by the Registration, if any, was limited to a small number of shipments of test products and a handful of sample tastings, all of which occurred in or around 2016 - 2018.

7.    On information and belief, these shipments consisted of test cans that had been relabeled to reflect Counter-Defendant's branding, having originally been produced and branded by Counter-Defendant's former supplier under a different mark.

8.    On information and belief, the cans contained a bloody mary cocktail produced according to a recipe developed by the former supplier and originally intended for sale under the former supplier's mark.

9.    On information and belief, the cans were intended for distribution in Europe and were 330 ml size, whereas in the US 355 ml (12 ounces) cans are used. This created a 25 ml disparity between the amount of liquid in the can and the amount stated on the label.

10.    On information and belief, a first shipment consisted of 20 cases of 24 cans (480 cans total) rewrapped by hand with Counter-Defendant's label.

11.    On information and belief, a second shipment consisted of 50 cases of 24 cans (1,200 cans total) rewrapped by hand with Counter-Defendant's label.

12.    On information and belief, these shipments occurred between May 2016 and January 13, 2017.

13.    On information and belief, the 1,680 cans from these shipments were used to conduct free sample tastings.

14.    On information and belief, a third shipment consisted of 911 cases of 24 cans (21,864 cans total).

15.    On information and belief, the cans in the third shipment had been wrapped with Plaintiff's label by machine.

16.    On information and belief, Counter-Defendant was dissatisfied with the appearance of the cans in the third shipment, and particularly with the fact that traces of the original branding were still visible.

17.    On information and belief, Counter-Defendant was also dissatisfied with the taste of the product, which Counter-Defendant believed had deteriorated as a result of the laser process used to relabel the cans by machine.

18.    On information and belief, Counter-Defendant believed that the laser process cooked the contents of the cans, so the product delivered didn't have the same  taste as the first hand-wrapped batch.

19.    On information and belief, Counter-Defendant had shipped approximately 240 cases of bad tasting product to distributors before discovering the problem.

20.    On information and belief, Counter-Defendant believed it lost good will and time due to the poor production practices, which resulted in an improper taste.

21.    On information and belief, Counter-Defendant believed it may be impossible to recover its reputation with the affected distributors.

22.    On information and belief, in light of the low quality nature of the product and packaging, Counter-Defendant opted not to order additional shipments or to bring the product to market through the intended distribution channels. Instead, Counter-Defendant hoped to liquidate its small inventory through a discount retailer.

23.    On information and belief, a Certificate of Label Approval from the Alcohol and Tobacco Tax and Trade Bureau is required to lawfully bottle and distribute labeled beverage alcohol products in the United States.

Mitchell
Silberberg &
Knupp LLP

11947238.2

40

24.     On information and belief, Counter-Defendant never had permission from the Alcohol and Tobacco Tax and Trade Bureau to relabel the cans with its branding.

25.     On information and belief, in August 2018, the Alcohol and Tobacco Tax and Trade Bureau informed Counter-Defendant that the relabeled cans must be destroyed or surrendered for destruction.

26.     On information and belief, Counter-Defendant surrendered its remaining inventory of relabeled cans for destruction, and therefore, none of the inventory was ever offered for sale or sold to retailers or consumers.

27.     On information and belief, since destroying its inventory, Counter-Defendant has not produced, caused to be produced, or otherwise acquired or owned any bloody mary or other cocktail product packaged under the VAMPIRE mark.

28.     On information and belief, Counter-Defendant ceased all use of the VAMPIRE mark in connection with the goods covered by the Registration at least as early as August 2018, and likely earlier.

## COUNT I

## Declaratory Judgment of Invalidity of Reg. No. 5444375

29.     Counterclaimant re-alleges and incorporates herein paragraphs 1 through 28 of this Counterclaim.

30.     Counter-Defendant's activities as set forth above do not constitute lawful use in commerce pursuant to 15 USC § 1127 because Counter-Defendant's products were at all times in violation of Alcohol and Tobacco Tax and Trade Bureau labeling requirements, and therefore failed to constitute legal use of the mark in commerce. Counter-Defendant's activities therefore could not give rise to trademark rights in the VAMPIRE mark in connection with the goods covered by the Registration.

31.     In the alternative, Counter-Defendant's activities as set forth above, without more, did not constitute bona fide use of a mark in the ordinary course of

trade pursuant to 15 USC § 1127, and therefore did not give rise to continuing rights in the VAMPIRE mark in connection with the goods covered by the Registration.

32.    In the alternative, on information and belief, Counter-Defendant has ceased use of the VAMPIRE mark in commerce in connection with the goods covered by the Registration and does not intend to resume such use, but rather seeks to improperly maintain the registration solely for the purpose of reserving a right in the mark so as to prosecute this lawsuit (and potentially others). Counter-Defendant thereby abandoned the VAMPIRE mark in connection with the goods covered by the Registration.

33.    The Registration is therefore void and unenforceable.

**COUNT II**

**<u>Declaratory Judgment of Non-infringement</u>**

34.    Counterclaimant re-alleges and incorporates herein paragraphs 1 through 33 of this Counterclaim.

35.    Counter-Defendant does not have any protectable rights in the VAMPIRE mark in connection with the goods covered by the Registration, and therefore Defendants could not possibly have violated Plaintiff's rights.

36.    Defendants have not infringed or otherwise violated any protectable right of Counter-Defendant.

37.    In the alternative, any use of the term "vampire" by any of the Defendants constituted classic fair use.

38.    On information and belief, vampiric creatures, which are said to subsist by feeding on the essence (usually in the form of blood) of the living, have been a part of folklore for millennia.

39.    On information and belief, the first published appearance of the English word "vampyre" dates to 1734.

40.     On information and belief, the current common depiction of a vampire figure – a pale, gaunt human figure with fangs that often wears a cloak or a cape – was popularized in the early 19th century.

41.     On information and belief, vampires have been a tremendously popular subject for works of fiction, and indeed has spawned its own genre. The first successful vampire story was "The Vampyre," by the English writer John Polidori, published in 1819. Bram Stoker's novel "Dracula," published in 1897, remains the seminal work in the genre, and the Dracula character has been the basis for dozens of films, from "Nosferatu" in 1922 to "Bram Stoker's Dracula" in 1992. More recently, of course, the "Twilight" series of vampire-centered books has gained immense popularity worldwide, selling over 120 million copies. The "Twilight" books were adapted into a film series that has grossed over $3.3 billion worldwide.

42.     On information and belief, vampires are commonly associated with Halloween celebrations, for example, as a common decorative element, party theme, and/or costume choice for trick-or-treaters and partygoers.

43.     On information and belief, "vampire" is also an exceedingly commonly used term to describe drinks with a "blood" red or purple color. A Google search on "vampire cocktail" returns more than 20 million results and includes recipes for a "Vampire Vodka Cocktail" (featured on Martha Stewart's website), a "Vampire's Kiss Martini" (featured on Food.com), a "Halloween Vampire Cocktail," a "Vampire Blood Cocktail," a "Vampire Inspired Cocktail," a "Vampire's Drip Cocktail," a "Bloody Vampire Cocktail," among countless others. *See* Exh. A

44.     On information and belief, vampire-themed promotions, including drink promotions, are common in the restaurant industry. Among numerous examples, GloriaFood.com advises that restaurants could "use plenty of Halloween restaurant promotions to attract customers, like: *2-for-1 Vampire punches*" (linking to recipe for "The Vampire Punch"; emphasis in original) and "vampire blood" shots in laboratory tubes or syringes. *See* Exh. B. POS Sector, a vendor of restaurant

1  management software, notes that "Any food or drink with red colors could be used.

2  It is almost mandatory to have red tomato soup on your menu that you can named

3  for Halloween as a 'vampire blood.'" *Id.* The Lightspeed restaurant blog advises that

4  restaurants "can run a special menu through the rest of October, or just for the

5  Halloween weekend with pricing per item. Don't forget cocktails as well …

6  grenadine can be used to simulate the look of blood for layered drinks or shots, and

7  cranberry juice can add a crimson tone to vampire-themed drinks." *Id.*

8      45.    Participating Applebee's restaurants frequently offer special drink

9  promotions that are seasonal and/or tied to particular holidays.

10     46.    On or around October 1-31, 2019, participating Applebee's restaurants

11 engaged in a Halloween-themed promotion that involved, among other elements, a

12 "vampire" cocktail. The cocktail was made with a mix of rum and various tropical

13 fruit juices and was purple in color. The cocktail was garnished with a cherry and a

14 set of plastic vampire fangs.

15     47.    The Applebee's Halloween promotion used the term "vampire" to

16 describe the color of its cocktail, the garnish of plastic fangs, and the cocktail's

17 connection to the seasonal promotion.

18     48.    Accordingly, use of the term "vampire" by any and all of the

19 Defendants was descriptive and not as a trademark.

20     49.    Such use by any and all of the Defendants was in good faith.

21     50.    Use by any and all of the Defendants of the term "vampire" therefore

22 constituted classic fair use and cannot give rise to liability for any of Plaintiff's

23 claims.

24                                   **JURY DEMAND**

25     Defendant/Counterclaimant demands a trial by jury on all issues so triable.

26                                 **REQUEST FOR RELIEF**

27     WHEREFORE, Defendant/Counterclaimant Applebee's Services, Inc. prays

28 for judgment as follows:

Mitchell
Silberberg &
Knupp LLP

11947238.2

44

# Exhibit A

Google     vampire cocktail                                                                    🔍                    ⠿

🔍 All    🛒 Shopping    🖼 Images    📰 News    ▶ Videos    ⋮ More          Settings    Tools

About 21,100,000 results (0.46 seconds)

### Recipes



**Vampire's Kiss**

Food.com
5.0 ★         (14)
3 min
Cranberry juice, raspberry vodka, black raspberry liqueur



**Vampire Kiss Martini**

The Spruce Eats
4.5 ★         (8)
3 min
Vodka, chambord, california champagne, red sugar



**Vampire Cocktail**

Cooking Channel
No reviews
10 min
Vanilla ice cream, creme de cacao, triple sec, grenadine

⌄ Show more

selfproclaimedfoodie.com › Drinks ▾

**Halloween Vampire Cocktail | Self Proclaimed Foodie**



Rating: 5 · 11 votes · 25 min · 195 cal
Sep 14, 2017 - Add vodka and amaretto to a shaker with ice and shake until very cold, about 20 seconds. Stir in orange juice and club soda. Pour into iced glasses. Fill syringes with equal parts of the raspberry syrup and place in glasses before serving.

www.cookingchanneltv.com › Recipes ▾

**Vampire Cocktail - Cooking Channel**



10 min
Recipe courtesy of American Professional Bartending Schools of Illinois in Chicago. ... 1 scoop vanilla ice cream. ... Blend all ingredients except grenadine until smooth, pour into a stemmed **cocktail** glass.

www.food.com › recipe › vampires-kiss-347701 ▾

**Vampire's Kiss Recipe - Food.com**



Rating: 5 · 14 reviews · 3 min · 180.6 cal
Put all ingredients in **cocktail** shaker with ice and shake the heck out of it! Dump ice/water from glass. Strain into martini glass and ENJOY!

www.thespruceeats.com › ... › Cocktails › Vodka Cocktails

**Vampire Kiss Martini Recipe - The Spruce Eats**



Rating: 4.5 · 8 votes · 3 min · 178 cal
Sep 26, 2019 - The **vampire** kiss martini is a fun **cocktail** recipe. This fruity vodka martini includes Chambord and Champagne for a sparkling, blood-red ...

sequinsinthesouth.com › vampire-blood-cocktail ▾

**Vampire Blood Cocktail - Sequins in the South**



161 cal
Oct 12, 2016 - **vampire**. I have to admit, I had a lot of fun making this **cocktail**. First of all, I love every ingredient in this drink. That's always priority number one.

 Google | vampire cocktail | 🔍

 **Vampire Cocktail** Recipe. This dessert-worthy combination of *vanilla* ice cream, triple sec and white crème de cacao is deliciously disgusting, ...

www.rebelsmarket.com › blog › posts › cocktail-hour-8-vampire-insp... ▾

### Cocktail House: Vampire Inspired Cocktails - RebelsMarket

 Mar 1, 2019 - You never know who might turn up on your doorstep ... **vampire cocktails** - social moms. Vampire Kiss Martini. Open your throat to the vampire's ...

www.marthastewart.com › ... › Drink Recipes › Cocktail Recipes ▾

### Vampire Vodka Cocktail | Martha Stewart

 10 min

Fit for Dracula himself! Sweet homemade grenadine serves as the "blood" in this inspired Halloween **cocktail**.

www.tablespoon.com › recipes › vampire-inspired-cocktail ▾

### Vampire Inspired Cocktail Recipe - Tablespoon.com

 6 min

A bright red, fruity, spooky concoction inspired by **vampires**! Very easy to make and perfect for a Halloween **cocktail** party!

---

Related searches

View 5+ more



Horror cocktails | Ghost cocktail | Demon cocktail | Werewolf cocktail | Unicorn cocktail | Mummy cocktail | Devil cocktail

---

Related search

Best alcohol mixes

View 3+ more



White Russian | Piña colada | Old fashioned | Margarita | Mojito | Long Island iced tea | Screwdriver

Feedback

### Searches related to vampire cocktail

vampire cocktail **applebee's**
vampire **drink applebees**
**black halloween cocktails**
**halloween** vampire cocktail **recipe**

**vampire's kiss** cocktail **1920s**
**easy halloween cocktails uk**
vampire cocktail **applebee's recipe**
**vampire's kiss** cocktail **history**

1 2 3 4 5 6 7 8 9 10     Next

---

**60611, Chicago, IL** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

We've detected you're using an older version of Chrome.    Reinstall to stay secure      ✕

Google     | vampire cocktail       🔍 |       ⠿

🔍 All    🛒 Shopping    🖼 Images    📰 News    ▶ Videos    ⋮ More      Settings   Tools

Page 2 of about 21,100,000 results (0.46 seconds)

tasty.co › recipe › the-vampire-cocktail ▾

### The Vampire Cocktail Recipe by Tasty



Rating: 87% - 15 votes - 505 cal

In a small bowl, combine the corn syrup and red gel food coloring and mix well. ...
Carefully sprinkle the red sanding sugar over the corn syrup for a sparkling effect. ...
Pour in 3 tbsp of the infused whiskey and the orange juice and shake to combine.

www.youtube.com › watch

### Vampire Cocktail Recipe - YouTube



Sep 23, 2018 - Uploaded by Self Proclaimed Foodie
**Vampire Cocktail** is the perfect spooky Halloween drink. Syringes filled with
sweetened raspberry puree look ...

thefeedfeed.com › krissy_selfproclaimedfoodie ▾

### Vampire Vodka Cocktail With Raspberry "blood" recipe | The ...



You will not find a better Halloween drink than this **VAMPIRE COCKTAIL** with the
most delicious sweetened raspberry purée, I mean blood, for all of your ...

mixthatdrink.com › Cocktails ▾

### 31 Halloween Drinks Recipes - Mix That Drink

Dec 11, 2019 - Our collection of Halloween drinks, with spooky cocktails and tips to
make ... The **Vampire Cocktail** comes with a syringe of blood red raspberry ...

vamped.org › Society ▾

### 5 Vampire Cocktails for You to Try | Vamped

Jan 22, 2014 - cranberry juice. Preparation: Pour the vodka and black raspberry
liqueur into a **cocktail** shaker with ice. Shake well ...

### Images for vampire cocktail

red    halloween    party    blood    recipe    drink    glass    most creative



→ More images for vampire cocktail             Report images

www.thepurplepumpkinblog.co.uk › ... › Halloween Recipes ▾

### Bloody Vampire Cocktail - A Perfect Halloween Drink for ...



10 min - 487 cal

Oct 23, 2019 - This Bloody **Vampire** Cocktail made with two types of vodka, and gin,
is perfect for your Halloween soiree and is sure to be a hit with all thirsty ...

www.halfbakedharvest.com › vampires-drip-cocktail ▾

**Vampire's Drip Cocktail. - Half Baked Harvest**



Oct 14, 2017 - **Vampire's** Drip **Cocktail**: basically the perfect drink to serve up just about any night of the week from here until October 31st!

www.thrillist.com › recipe › nation › drink-like-dracula-with-this-vam... ▾

**Drink Like Dracula With This Vampire's Kiss Cocktail - Thrillist**



Oct 14, 2016 - Liven up your Halloween festivities with this easy **cocktail** recipe, made with black cherries, vodka, and Coca-Cola.

tipsybartender.com › recipe › vampire-cocktail

**Vampire Cocktail - Tipsy Bartender**

Jan 19, 2018

We know there are a lot of Halloween-themed mixed drinks out there, but this **Vampire Cocktail** may be the ...

## Searches related to vampire cocktail

vampire cocktail **applebee's**          **vampire's kiss** cocktail **1920s**

vampire **drink applebees**          **easy halloween cocktails uk**

**black halloween cocktails**          vampire cocktail **applebee's recipe**

**halloween** vampire cocktail **recipe**          **vampire's kiss** cocktail **history**

Previous     1 **2** 3 4 5 6 7 8 9 10     Next

We've detected you're using an older version of Chrome.    Reinstall to stay secure                                    ✕

**Google**          vampire cocktail                                                🔍                              ⚏

🔍 All    🛒 Shopping    🖼 Images    ▶ News    ▶ Videos    ⋮ More        Settings    Tools

Page 3 of about 21,900,000 results (0.66 seconds)

www.recipegirl.com › ta-kill-a-tequila-vampire-cocktail ▾
### Ta-Kill-A (Tequila) Vampire Cocktail - Recipe Girl

5 min
Oct 14, 2017 - Everyone should have a good **cocktail** at the ready during the
Halloween season and this Ta-Kill-A (Tequila) **Vampire Cocktail** isn't just spooky. ...
The base for this **cocktail** is basically a pomegranate margarita. ... It's a simple mix
of tequila, pomegranate juice (use the real stuff ...

www.cosmopolitan.com › food-cocktails › spooky-halloween-cocktails ▾
### 43 Easy Halloween Cocktails - Best Halloween Alcoholic ...
Oct 3, 2019 - Garnish with an orange slice and a pumpkin face. Recipe from Tullamore D.E.W.
Irish Whiskey. **Vampire's** Weakness **Cocktail**. image.

www.allrecipes.com › recipe › vampiros-mexicanos-mexican-vampires ▾
### Vampiros Mexicanos (Mexican Vampires) Recipe - Allrecipes ...

Rating: 4.5 · 2 reviews · 5 min · 143 cal
"If you are looking for a real Mexican **cocktail**, you just found it! This drink combines,
in one glass, the best of Mexico: tequila and sangrita (Mexican's favorite tequila
chaser). ... Fill a highball glass with ice cubes; pour in tequila, sangrita, citrus soda,
lime juice, and chili ...

corporate.publix.com › aprons-recipes › vampires-blood-cocktail ▾
### Vampire's Blood Cocktail | Publix Recipes

**Vampire's** Blood **Cocktail** - Publix Aprons Recipes. ... menu. Aprons Recipe.
**Vampire's** Blood **Cocktail**. Email sent to. Got it! Vampire&rsquo;s Blood **Cocktail** ...

www.kissmyketo.com › Back - Recipes › Keto Drinks
### Vampire Cocktail - Kiss My Keto

Sep 19, 2019 -                Rating: 5 · 1 vote · 20 min · 226 cal
Ingredients: **Vampire Cocktail**-ingredients. 1 cup mixed berries; 1 tbsp lemon juice; 1
tbsp powdered ...

www.popsugar.com › food › Vampire-Cocktail-Recipe-Video-32238... ▾
### Vampire Cocktail Recipe | Video | POPSUGAR Food

Oct 26, 2013
Having a signature spooky **cocktail** at your Halloween party is a must. Our
go-to: a bloody good strawberry ...

www.thekitchn.com › halloween-cocktail-vampire-blo-130732 ▾
### Halloween Cocktail: Vampire Blood Martini | Kitchn

Oct 26, 2010 - Last week we gave you a **cocktail** recipe for The Jack-O-Lantern from
Jason Dobrowner of Thirsty Scientist, a Los Angeles-based bar/mixology ...

www.applebees.com › specials › vampire-halloween-drinks ▾
### Applebee's $1 Vampire - October Freaky Tiki Halloween Drinks
GET A TASTE OF THIS FREAKY TIKI RUM **COCKTAIL**. Served with a Cherry and **Vampire** Fangs.
Applebee's new $1 **Vampire** has emerged from its coffin to ...

www.myturnforus.com › vodka-collins-vampire-cocktail ▾

### How to Make a Creepy Vodka Collins Vampire Cocktail - My ...



10 min · 309 cal
Oct 11, 2018 - This Vodka Collins **Vampire Cocktail** is a fun Halloween inspired
vampire drink. It's similar to a Tom Collins vodka but topped with grenadine.

www.pinterest.com › pin ▾

### Cocktail House: Vampire Inspired Cocktails - Pinterest



**Vampire Cocktail** - 13 To-Die-For Halloween Cocktails on HGTVThis dessert-worthy
combination of vanilla ice cream, triple sec and white crème de cacao is ...

## Searches related to vampire cocktail

| | |
|---|---|
| vampire cocktail **applebee's** | **vampire's kiss** cocktail **1920s** |
| vampire **drink applebees** | **easy halloween cocktails uk** |
| **black halloween cocktails** | vampire cocktail **applebee's recipe** |
| **halloween** vampire cocktail **recipe** | **vampire's kiss** cocktail **history** |

**60611, Chicago, IL** - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

We've detected you're using an older version of Chrome.    Reinstall to stay secure    ✕



vampire cocktail                                                    🔍

Q All    🛒 Shopping    🖼 Images    📰 News    ▶ Videos    ⋮ More        Settings    Tools

Page 4 of about 21,100,000 results (0.58 seconds)

champagneandcoconuts.com › our-vampire-bite-drink-recipe-is-great... ▾

### Our Vampire Bite Drink Recipe is Great for Halloween ...


Rating: 5 · 1 vote · 2 min · 260 cal
Sep 24, 2018 - **Vampire** Bite **Cocktail** and Mocktail Recipe. But the real secret to making this Halloween drink a spooky success is adding a pair of **Vampire** ...

www.foodnetwork.co.uk › Recipe Inspiration › Vampire Cocktail ▾

### Vampire Cocktail | Recipes | Food Network UK


20 min
**Vampire Cocktail**. A bottle of grenadine is well-worth investing in for this hard milkshake. Photo of **Vampire Cocktail**. Save. Saved. Remove. Read comments ...

www.celluloiddiaries.com › 2019/05 › vampire-cocktail-recipe ▾

### Vampire cocktail recipe - Celluloid Diaries


May 13, 2019 - The spicy **cocktail** El Vampiro is the national drink of Mexico and the perfect way to celebrate the book release of Strange Blood: 71 Essays on ...

ourwabisabilife.com › vampire-drink-halloween-cocktail ▾

### Vampire Drink Halloween Cocktail | Our WabiSabi Life


5 min
Looking for Easy Halloween Cocktails? You will love this **Vampire** Drink Halloween **Cocktail**. Easy to make and simply delicious, this is a great **Vampire Cocktail**.

thedrinkmixer.club › ... › Grenadine › Orange Juice › Vodka ▾

### How do I make a Vampire Cocktail? (Drink Ingredients and ...

Rating: 5 · 2 reviews · 10 min · 92 cal
**Vampire Cocktail**: Shake the Amaretto, Vodka and ice until chilled. Pour into glass over ice. Add the orange juice, then grenadine, but don't stir. Make it with: 1 ...

www.mollysspirits.com › recipes › vampire-kiss-martini ▾

### Vampire Kiss Martini | Halloween Martini Recipe | Molly's Spirits


Oct 19, 2016 - **vampire**-kiss-martini halloween **cocktail** This boo-tiful Halloween martini recipe will have your guests calling you the ghostess with the mostest!

klaq.com › applebees-reveal-their-1-vampire-cocktail-for-october ▾

### Applebee's Reveal Their $1 Vampire Cocktail for October


Oct 3, 2019 - Applebee's have revealed their dollar drink for the month of October and it's called the **Vampire Cocktail**.

www.pickersvodka.com › recipes › vampires-blood-orange-martini ▾

### Vampire's Blood (Orange) Martini — Pickers Vodka


Oct 21, 2015 - **Vampire's** Blood (Orange) Martini ... Gently strain **cocktail** directly into the center of the glass, so it doesn't wash away the grenadine. Enjoy!

vampire cocktail - Google Search

doyouremember.com › News ▾

### Applebee's October $1 Drink Is Called A Vampire Cocktail

 Oct 8, 2019 - The beverage for October 2019 is called a **Vampire Cocktail**. In addition, it is made with rum and fruit juices and includes a set of fangs.

www.cocktail.uk.com › cocktails › vampire ▾

### Vampire Cocktail

**Vampire Cocktail**. Fill a shaker half full with ice cubes. Pour all ingredients into shaker and shake well. Strain drink into a Cocktail glass.

## Searches related to vampire cocktail

| | |
|---|---|
| vampire cocktail **applebee's** | **vampire's kiss** cocktail **1920s** |
| vampire **drink applebees** | **easy halloween cocktails uk** |
| **black halloween cocktails** | vampire cocktail **applebee's recipe** |
| **halloween** vampire cocktail **recipe** | **vampire's kiss** cocktail **history** |

Previous     1   2   3   4   5   6   7   8   9   10     Next

**60611, Chicago, IL** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

3/11/2020                                    vampire cocktail - Google Search

We've detected you're using an older version of Chrome.    Reinstall to stay secure                    ×

Google          vampire cocktail                                          🔍                    ⠿

🔍 All      🛒 Shopping      🖼 Images      📰 News      ▶ Videos      ⋮ More          Settings    Tools

Page 5 of about 21,900,000 results (0.67 seconds)

champagneandcoconuts.com › our-vampire-bite-drink-recipe-is-great... ▾
### Our Vampire Bite Drink Recipe is Great for Halloween ...

                              Rating: 5 - 1 vote - 2 min - 260 cal
                              Sep 24, 2018 - **Vampire** Bite **Cocktail** and Mocktail Recipe. But the real secret to
                              making this Halloween drink a spooky success is adding a pair of **Vampire** ...

www.completecocktails.com › Drinks › Vampire
### Vampire Cocktail Recipe with Picture - Complete Cocktails

              2 min
              The **Vampire** is the perfect Halloween **cocktail**, guaranteed to suck the life right out
              of you and turn you into a creature of the night. Made from gin, lime juice and ...

rare.us › rare-life › food-and-drink › applebees-vampire-drink ▾
### Applebees is Selling $1 Vampire Cocktails for Halloween | Rare
Oct 1, 2019 - Hoping to get people in the Halloween spirit, the **Vampire cocktail** is said to be sold
through the month of October. The delicious purple cocktail ...

www.imperialsugar.com › recipes › vampire-mist-cocktail-or-mocktail ▾
### Vampire Mist Cocktail or Mocktail | Imperial Sugar

              10 min
              Impress your Halloween guests with this delicious and frighteningly gorgeous
              **cocktail**! Dry ice creates the mist that will wow everyone...including you!

www.wthr.com › applebees-releases-1-vampire-cocktails-month-october ▾
### Applebee's releases $1 Vampire cocktails for month of ...

              Oct 2, 2019 - The restaurant chain is continuing its seasonal **cocktails** with a drink
              that will help get you in the Halloween spirit.

wkdq.com › applebees-vampire-cocktail-and-more-drinks-that-will-m... ▾
### Vampire Cocktail and More Drinks That Will Make You Scream
Oct 2, 2019 - ... in my costume and going trick or treating at Applebee's, and by trick or treating I
mean I will order an appetizer and a **Vampire Cocktail** or two.

www.dekuyperusa.com › recipe › vampires-kiss ▾
### Vampire's Kiss Halloween Cocktail | DeKuyper USA

              Looking for a **Vampire's** Kiss this Halloween? Discover our **Vampire's** Kiss drink
              recipe and learn how you can craft this delicious **cocktail** at home!

www.ezrapoundcake.com › archives ▾
### Vampire's Dream - Ezra Pound Cake

              Jun 21, 2011 - A fruity rum-based **cocktail** that's red enough to fool your favorite
              **vampire**.

drinkedin.net › Recipes › Recipes ▾
### Kiss of the Vampire cocktail | Cocktail Recipes - DrinkedIn

 Cocktail recipe for a Kiss of the **Vampire cocktail** made with Tequila – 1/4 cup Lemon juice -2 tbsp Agave nectar (or guava) – 1/2 tbsp orange juice (or grenadine) ...

www.foodnetwork.com › Recipes ▾

## Vampire Cocktail Recipe | Food Network

Directions. Blend all ingredients except grenadine until smooth, pour into a stemmed **cocktail** glass. Drizzle grenadine over top.

## Searches related to vampire cocktail

vampire cocktail **applebee's**

vampire **drink applebees**

**black halloween cocktails**

**halloween** vampire cocktail **recipe**

**vampire's kiss** cocktail **1920s**

**easy halloween cocktails uk**

vampire cocktail **applebee's recipe**

**vampire's kiss** cocktail **history**

Previous    1  2  3  4  **5**  6  7  8  9  10    Next

---

**60611, Chicago, IL** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

# Exhibit B

◂ BACK TO BLOG HOME (HTTPS://WWW.GLORIAFOOD.COM/BLOG)

f  t  in  ⊙  ▶
SEE US ON: (https://www.facebook.com...

# Halloween Restaurant Promotions You Should Try This Year



Restaurant Marketing (https://www.gloriafood.com/category/online-marketing)

by **Andreea Dobrila (https://www.gloriafood.com/author/andreea-dobrila)** • 7 Oct 2019

Halloween is a scary and frightfully fun holiday. That time of the year not only makes kids happy but also parents and adults, since it is a nostalgic holiday, reminding them of their childhoods. So, this means that restaurant owners can tap into this emotional holiday & run plenty of Halloween restaurant promotions**,** involving:

- attractive Halloween menus
- exclusive shows
- themed parties and more

Each year, billions of dollars are channeled to Halloween, which is not going to change this October, either. If that made you jump, then, let's show you how you can skyrocket your sales using a handful of **restaurant promotions for October**.

## Halloween Restaurant Promotions that work

Menus inspired by fire, color, and zombies work very well. For example, red-colored foods and drinks will be perfect for Halloween dishes, but not just that. In addition you could use plenty of Halloween restaurant promotions to attract customers, like: *2-for-1 Vampire punches.*

**Get your own FREE restaurant ordering system!**

[ Your Restaurant Name ]   GET ACCESS NOW



The Vampire Punch (https://boulderlocavore.com/slow-cooker-vampire-punch/)          The Haunted Orchard Cocktail (https://www.halfbakedharvest.com/haunted-orchard-cocktail/)

Another great and fun Halloween promotion would be to greet your guests with "vampire blood" shots in laboratory tubes or syringes:



Source: Halloween shots (https://www.delish.com/holiday-recipes/halloween/g4324/halloween-shots/)

Mixed drinks with high-proof alcohol and flammables that are ignited before consumption is also another performer. But due to the combination of alcohol and fire, safety measures must be taken to avoid exposure of the bartender and patrons to hazards.

Any dramatic flair serving cocktails or mixed drinks should not consume when the flames are still burning.

If you don't have any ideas for restaurant promotions, then be sure to check out our article *15 Unique Restaurant Promotion Ideas that Will Increase Loyalty in 2019 (https://www.gloriafood.com/15-unique-restaurant-promotion-ideas)* and simply replace your usual names with Halloween themed foods and drinks.

Any food can be turned into a Halloween themed food, as long as you add the following words to their names. Check out our list of **Halloween menu food names** below:

**Get your own FREE restaurant ordering system!**          Your Restaurant Name          GET ACCESS NOW



(https://www.gloriafood.com/wp-content/uploads/2019/10/Frame-6.png)

It's not difficult coming up with Halloween food and drinks, as long as you use your imagination.

## Halloween menu ideas for restaurants

If you're wondering what **Halloween menu ideas for restaurants you should use**, then you should start with the following examples listed below.

You can have Halloween shaped appetizers:

**Get your own FREE restaurant ordering system!**

| Your Restaurant Name | GET ACCESS NOW |



Bacon Wrapped Jalapeno Ghouls, Mummy Dogs (https://www.myrecipes.com/recipe/mummy-dogs), Mummy Brie (https://www.delish.com/holiday-recipes/halloween/recipes/a49347/mummy-brie-recipe/) and Spider Web Guacamole (https://www.foodnetwork.ca/halloween/photos/walking-dead-party-12-zombie-approved-recipes/#!spider-web-guacamole)

Pizzas...



You can also create spooky salads and soups:



**Get your own FREE restaurant ordering system!**

Source: you can find out more about here (http://www.completementpoireau.ca/en-ca/articles/easy-spooky-recipes-halloween)

Your Restaurant Name     GET ACCESS NOW

Case 2:19-cv-09222-DOC-ADS   Document 35   Filed 03/13/20   Page 61 of 86   Page ID #:193

... or frightening desserts:



Source: Halloween cupcake ideas (https://www.countryliving.com/food-drinks/g1366/halloween-cupcake-ideas/)

You can also give your regular dishes scary names, like: *Ghostly Pizza* or The Bloody Eye.

# Promote Your Halloween Promotion Ideas on Social Media

There are many marketing ideas to deploy during Halloween, which includes search engines and social media promotions. When patrons are searching for "**Halloween themed restaurants near me**" on Google or any social media site, they are usually looking for restaurants offering something different, fun, and scary.

Capture your followers' attention, by showing them some of the **great surprises** that they will find in your restaurant on Halloween, like foods or drinks. Offer them sneak peaks into what the Halloween night will bring. In fact, we have put together a few **Halloween flyers (https://www.gloriafood.com/wp-content/uploads/2019/10/Halloween-Restaurant-Flyer-Templates.pptx)** that you can upload to your social media accounts. You can use them as they are or you can change the text.

Here are a few examples of Halloween advertising text:

**Get your own FREE restaurant ordering system!**   Your Restaurant Name   GET ACCESS NOW



(https://www.gloriafood.com/wp-content/uploads/2019/10/Group-12.png)

**Halloween Restaurant Flyer Templates (https://www.gloriafood.com/wp-content/uploads/2019/10/Halloween-Restaurant-Flyer-Templates.pptx)**

**Advertise** your  menu and drinks promotions. It's even a great idea to **live stream or share videos of your Halloween-ish restaurant**.

Regular and consistent promotion of your cocktails and menu on social media can make your guests excited to come to our restaurant on Halloween.

You can also organize a Halloween-themed party and distribute invitations through online or local outlets. Ensure invitation marketing campaigns are delivered a few weeks before the event.

Make sure you also post keywords like "**Halloween restaurant [Your city name]:** on your website.

**I.e., Halloween restaurant NYC**

Don't forget to make your atmosphere endearing and refreshing for everyone that will be part of the fun. Remember, the more comfortable your business makes guests feel, the more the referral your business gets.

## Make it Memorable for the Little Guests

Kids particularly enjoy Halloween. As a restaurant owner, you should make provisions for children's parties. Not only does this attract children but also draw parents to your business as they love seeing their kids have fun – who wouldn't?

You can also let your social media followers know you'll have candy – so that parents can also come trick or treating with their kids. It's a triple win, for the kids, for the parents and for you.

You can take this to the next level by organizing your staff in costumes of zombies and witches. Because kids tend to get afraid of scary characters, they'll find the experience more thrilling.

**Get your own FREE restaurant ordering system!**

Your Restaurant Name          GET ACCESS NOW

Another exciting thing you can do is to organize contests like choosing the best masks, giving out candies and sweets, playing simple games like shooting pumpkin contest. If you can connect with their deeper part, they're going to tell their friends and next neighbors' kids about your restaurant.

# Other Restaurant Ideas for Halloween

When people get to your bar or restaurant, what they see can also motivate their choice of telling loved ones about how super creepy and enjoyable your business space is.

## Decorate your windows to attract passersby

Start by dressing up your restaurant in Halloween outfits. A Halloween-themed window can ignite the curiosity of passersby who will be easier prompted to check out your restaurant.



Source: Halloween themed windows (http://visigroup.co/wp-content/uploads/2019/03/halloween-window-decorations-awesome-decoration-light-up-decor-ideas-on-sale-diy-printable.jpg)

## Let customers know about your Halloween themed restaurant from afar

You can also put a few carved pumpkins on top of your restaurant, so people can spot your themed restaurant from afar.

**Get your own FREE restaurant ordering system!** | Your Restaurant Name | GET ACCESS NOW



Source: pumpkins on buildings

## Decorate your main entrance

Or you can adorn your restaurant's main entrance with dry leave branches and pumpkins, accompanied by a warning message for your customers, along the lines of *"Enter at your own risk"* or *"Turn back now"*.



Source (https://www.bhg.com/halloween/pumpkin-carving/beware-the-pumpkins/)

## Create your own Halloween pumpkin candle holders

Also, you can also create some creative and funny decorations to entice your guests. For instance, you can easily create a Halloween pumpkin candle holder:

**Get your own FREE restaurant ordering system!**    Your Restaurant Name    GET ACCESS NOW



Source: Jack O Lantern (https://www.saturdayeveningpost.com/2014/10/taking-back-halloween/)

Besides, **uniquely made pumpkins** are also a smart way to get people to tell others about how great and unique your designs are. This means that word-of-mouth will get you plenty of free publicity. Carving impressive pumpkin art such as "I love beer" quote can serve as a social media candy for your followers.



Source (https://www.insider.com/easy-pumpkin-carving-ideas-2017-10)

Plus, if you don't have time to carve the pumpkins, you can also draw faces on them, which takes considerable less time:



Source: painted jack o lanterns (https://www.insider.com/easy-pumpkin-carving-ideas-2017-10#the-cannibal-jack-o-lantern-5)

The ideas here are limitless; be creative, offer something unique and related to your business. If you can't seem to come up with an idea, check what your competitors are doing.

## Use spider web to decorate your restaurant

You can even stretch some white net on the bar and ceiling to create a cobweb-like experience.

**Get your own FREE restaurant ordering system!**

Your Restaurant Name

GET ACCESS NOW

Case 2:19-cv-09222-DOC-ADS   Document 35   Filed 03/13/20   Page 66 of 86   Page ID #:198



Source: Bar decorated with spider web (http://www.brixtonbuzz.com/2016/10/brixton-halloween-is-this-the-best-decorated-bar-in-town/)

Since Halloween is shrouded in secrets and darkness, turn off the lights, make the menu creepy and unusual to spice guests up. Making your **Halloween promotion** frightfully funny shouldn't be nerve-wracking; *just offer everyday stuff in different and creative ways*.

# Conclusion

Taking care of a few **October promotions** for your **Halloween themed restaurant** shouldn't be a daunting process. It's about being creative, scary, and funny.

Most importantly, it's about creating a great experience that your customers will love. An effective Halloween promotion will comprise of tailored menus, cocktails, and events that target and attract the right people.

If you show them that they can have a great time at your restaurant, by using some great **Halloween restaurant promotions,** then your customers will be bound to get back and spend yet another Halloween at your restaurant.



(http://www.facebook.com/sharer/sharer.php?
u=https%3A%2F%2Fwww.gloriafood.com%2Fhalloween-
restaurant-
SHARE:  promotions&utm_source=facebook&utm_medium=social&utm_campaign=SocialSharingWidget)

(http://twitter.com/intent/tweet/?
text=Halloween%20Restaurant%20Promotions%20You%20Should%20Try%20This%20Year&url=https%3A%2F%2Fwww.gloriafood.com%2Fhalloween-
restaurant-
promotions&utm_source=twitter&utm_medium=social&utm_campaign=SocialSharingWidget)

(http://www.linkedin.com/shareArticle?
mini=true&url=https%3A%2F%2Fwww.gloriafood.com%2Fhalloween-
restaurant-
promotions&title=Halloween%20Restaurant%20Promotions%20You%20Should%20Try%20This%20Year&utm_source=linkedin&utm_medium=social&utm_

(http://pinterest.com/pin/create/button/?
url=https%3A%2F%2Fwww.gloriafood.com%2Fhalloween-
restaurant-
promotions&media=https%3A%2F%2Fwww.gloriafood.com%2Fwp-
content%2Fuploads%2F2019%2F10%2Fhalloween.png&description=Halloween%20Restaurant%20Promotions%20You%20Should%20Try%20Year

**Get your own FREE restaurant ordering system!**   | Your Restaurant Name |   GET ACCESS NOW

Case 2:19-cv-09222-DOC-ADS   Document 35   Filed 03/12/20   Page 67 of 86   Page ID #:199



# Andreea Dobrila

Andreea Dobrila is a proven web copywriter & marketing strategist. She pushes online restaurants on the fast-track to quickly growing their online sales. Win more business by using her bulletproof tips & secrets.

**Download's Andreea's free report:**

\*\*Food Descriptions That Make You Hungry: Hypnotic Menu Writing Tips & Secrets\*\* (https://www.gloriafood.com/wp-content/uploads/2019/07/fooddescriptionsthatmakeyouhungryhypnoticmenuwritingtipssecrets-180907114511.pdf)

🔍 Search articles…

## Marketing Center

Access GloriaFood's most popular e-books, guides & more

Get them for free → (https://www.gloriafood.com/marketing-center)

**POPULAR POSTS**

Growing Trends: Online Food Delivery Statistics 2020 [Infographic] (https://www.gloriafood.com/online-food-delivery-statistics)

15 Unique Restaurant Promotion Ideas that Will Increase Loyalty in 2019 (https://www.gloriafood.com/15-unique-restaurant-promotion-ideas)

3 Secret Menu Writing Tips: The BEST Food Descriptions that Make You Hungry (https://www.gloriafood.com/menu-writing)

6 Restaurant Photography Tips & Tricks (https://www.gloriafood.com/6-restaurant-food-photography-tips)

How to provide excellent customer service in a restaurant [List of Tips 👌] (https://www.gloriafood.com/how-to-provide-excellent-customer-service-in-a-restaurant)

**CATEGORIES**

GloriaFood Product (https://www.gloriafood.com/category/gloriafood-product)

Menu Engineering (https://www.gloriafood.com/category/menu-engineering)

Online Ordering (https://www.gloriafood.com/category/online-ordering)

Restaurant Marketing (https://www.gloriafood.com/category/online-marketing)

Restaurant Operations (https://www.gloriafood.com/category/restaurant-operations)

**Get your own FREE restaurant ordering system!**

Your Restaurant Name      GET ACCESS NOW

Social Media Tips for Restaurants (https://www.gloriafood.com/category/social-media-tips-for-restaurants)

**FOOD ORDERING**

Overview (/online-food-ordering-system-for-restaurants)

Website Ordering (/website-ordering)

Facebook Ordering (/facebook-ordering)

Mobile Apps (/mobile-apps-for-restaurant-owners)

How It Works (/online-ordering)

**TABLE RESERVATION**

Overview (/free-table-reservation-system-for-restaurants)

Free Booking System (/free-table-booking-system-for-restaurants)

Pre-Order Food (/free-restaurant-booking-software)

How It Works (/free-restaurant-reservations-software-how-it-works)

**MARKETING**

Restaurant Receipt Template (/restaurant-receipt-template)

Promotions Engine (/restaurant-promotions-engine)

Website Generator (/restaurant-website-generator)

Free AdWords Generator (https://www.restaurant-promotions.net/adwords-generator-restaurants)

How To Sell (/restaurant-ideas)

**PARTNER & SUPPORT**

Partner Program (/partner-program)

Ordering API (/restaurant-ordering-system-with-food-ordering-api)

FAQ (/frequently-asked-questions)

Reviews (/reviews)

Demos ▾

Contact (/contact)  |  About (/about)  |  Blog (/blog)  |  Press Room (/press-room)  |  Careers (/careers)  |  Privacy (/privacy)

(https://www.facebook.com/gloriafood)

© GlobalFood Tech SRL.

(https://www.thetoptens.com/best-online-food-ordering-systems/#i905850) (https://mixpanel.com/f/partner)

PAGES    Online Ordering System (/online-ordering-system)  |  Restaurant Ordering System (/restaurant-ordering-system)
Online ordering software for restaurants (/online-ordering-software-for-restaurants)  |  Pizza Ordering System (/pizza-ordering-system)
Restaurant order taking app (/restaurant-order-taking-app)  |  Restaurant website builder (/restaurant-website-builder)
Table Reservations (/online-restaurant-reservations-system)

WORDPRESS    WordPress restaurant plugin (/wordpress-restaurant-plugin)  |  WordPress restaurant menu plugin (/wordpress-restaurant-menu-plugin)
WordPress reservations plugin (/wordpress-restaurant-reservation-plugin)  |  WordPress food menu plugin (/wordpress-food-menu-plugin)
WordPress Restaurant Theme (/wordpress-restaurant-theme-with-online-ordering)

OUR COMPETITORS    GrubHub Alternative (/grubhub-alternative)  |  Seamless Alternative (/seamless-alternative)  |  Foodpanda Alternative (/foodpanda-alternative)
Just Eat Alternative (/just-eat-alternative)

OTHER WEBSITES    Restaurant Menu (https://www.restaurant-menu.net/)  |  Restaurant Promotions (https://www.restaurant-promotions.net/)
Restaurant Website Builder (https://www.restaurant-website-builder.com/)

**Get your own FREE restaurant ordering system!**    Your Restaurant Name    GET ACCESS NOW

# 17 Halloween Promotion Ideas for Restaurants and Bars

- Aida (https://possector.com/author/aida?kampanja=direct)
- Marketing & Promotion (https://possector.com/category/marketing-promotion?kampanja=direct)



Creative Halloween promotion ideas for restaurants and bars that can be realized in 7 days.

Halloween is funny holiday! Take advantage of upcoming days and use this holiday to promote your restaurant or ba (https://possector.com/en/blog/restaurant-marketing?kampanja=direct)r. **After reading this text, you will get new ideas about how to organize some events, decorate your place, adjust your offer and what else you can do that your guests  remember this day.**

Halloween has been celebrated on October 31 on the day of "All Saints" and of course it is a great opportunity to have fun and increase your business.

Take advantage of the huge consumer spending for Halloween—almost $6 billion, according to the National Retail Federation (http://www.qsrmagazine.com/exclusives/marketing-strategies-get-scary?kampanja=direct)—other restaurants have seized the opportunity to galvanize their customer base.

This trend is transferred to European countries too where becomes  more and more popular each year. You still have some time to prepare your catering facility for this special crazy holiday. Where to start?

## Ideas for Halloween Special Menus

Whether it is a bar or restaurant, your offer must be adjusted to this holiday too. Few ideas that you can use for your menu. **You don't need to search for something unusual and different, just adjust your offer and be creative!**

**Inspired with blood**.

Any food or drink with red colors could be used. It is almost mandatory to have red tomato soup on your menu that you can named for Halloween as a "vampire blood ". It will look very interesting if you serve it in laboratory tubes.



Cocktail "Bloody Mary" is a must have (https://possector.com/en/blog/top-summer-cocktails-2014?kampanja=direct).

Inspired with fire.

For dramatic flair serve flaming cocktails like Flaming Cocaine, Flaming Blue Blazer and other mixed drinks that contain flammable, high-proof alcohol, which is ignited prior to consumption.

There are also very popular cocktails like Zombies or Flaming Dragon.

**In your bar should be hot as in hell**!

Note: Combining fire with alcohol can be dangerous. Proper precautions must be taken to ensure the safety of both the bartender and the patrons drinking the beverage. The drink should never be consumed while the flames are still burning.

Even **ordinary juices like apple juice or orange juice could seems scary** if you decorate it with details such as spiders, cocoa powder or handsome sticks with skeletal motifs.



**Spaghetti with red sauce on this day get called slimy snakes and chicken wings bat wings.**

For dessert is mandatory to **serve pumpkin pie** and always attractive **cup cakes decorated with zombies.**

**Change the names of your menu items**. Use your imagination and offer food and drink that you already have on the menu, but the decoration, scary names and special pricing on these items will make them even more attractive to your guests.

**Tip**: In supermarkets you can find gum and sugar candies in a variety of terrifying forms, such as spiders, beetles, snakes and skeletons. **They are very practical for quick and easy decoration for desserts and drinks.**

**Print your special offer** on a nice designed menu template and placed them on the tables, bar and counters. Here is one nice example of it.



Bistro Marguerite

# Halloween Menu

## Starter

**Royal Miyagi Oysters on the Half Shell**
shallot, organic sherry vinegar, fresh lemon thyme $9

**Gingered Duck Pate With Pistachio**
brioche toast, cornichon, black-seeded mustard $11

## Entrée

**Seasonal Vegetable Crepe**
chanterelle and dragon's beard mushrooms, rainbow kale, sweet peppers, caramelized onions & shaved asiago $17

**Oregon Trout**
sautéed fresh boneless trout with tarragon butter sauce, parsley and caramelized shallots $19

## Salad

**Organic Seasonal Greens**
Chevre, Fennel, Toasted Hazelnuts & Black Raspberry Vinaigrette $7

**Caesar Salad**
Petite Romaine, Parmesan, Garlic Croutons, Anchovy $8

## Dessert

**Apple Frangipane Tarte**
Caramel Sauce, Vanilla Gelato $8

**Cheese Plate**
With Fig Jam, Fresh Breads $10

## Halloween Decoration Ideas for Restaurant and Bar

Orange and black colors and are ideal for Halloween. With the help of this short video guide you will easily make appropriate decorations from pumpkins. **Arm yourself with pumpkins, knives and candles**. It is October  and time for pumpkins!



**Turn of the lights, make mysterious atmosphere.** Halloween is shrouded in darkness and secrets. So let it be dark in your restaurant or bar. Make some magic with a few tricks.

Decorate the dinner table with candles, use your imagination. **Even some branches and dry leaves can be used to decorate tables.** Stretch some white or grey net on the ceiling and bar, it will look like cobwebs.



Your staff also plays an important role in creating a scary atmosphere. Black clothing, masks, wigs and scary costumes. Everything is allowed!

## Make a Frankenstein Birthday Party!

Surely you know about the world-famous story and the film Frankenstein, that was originally written by Mary Wollstonecraft Shelley when she was 21 years old. In fact, on this day Frankenstein celebrates his birthday, so this may be one of the good ideas for a theme for promotion. Waiters dressed as Frankenstein would create a chilling atmosphere.

What do you think about the idea for the promotion of type Funky-Franky night and day?

## Halloween Party Ideas for Your Little Guest

- Halloween is one of those holidays where children particularly enjoy, so if you're a restaurant owner do not forget that you can do a lot to get children and their parents in your place.
- During the day, in a period when your restaurant has been less visited, organize a party for the little ones. Here are some ideas for great fun:
- The staff in costumes of witches and zombies will be a big hit. Kids are crazy about scary characters :).
- Give various sweets, candies and lollipops for free.
- Decorate your place with lots of orange and black balloons.
- Organize a contest to choose the best masks.
- Let the one from your staff play the role of animator during this party.
- To keep the children's attention on the high level organize some simple games, such as games with balloons or shooting pumpkin contest with paper balls, of course.



- Use exclusively paper or plastic cups and plates. This will help to easily clean up the mess after party .

- Offer a simple menu and regular meals with unusual names. For example, if you're offering pancakes with chocolate sauce, draw spider graphs with chocolate, and give them a new name "spider's favorite cake".
- Organize a small school of cooking Halloween dishes for children and their parents and inform the participants of the course through all available media.

## Organize Halloween Party in Your Bar

Adults, like children enjoy a disguise and different games during this holiday season. I know many who are prepared even one month in advance for this night.

**Offer more than your competition.**

- Host famous musicians or DJ 's.
- Dancing sexy witch will move every man.
- Offer discount on restaurant or bar coupons for Halloween
- Arrangement partnership with representatives of popular brands to support promotional activities during this night.I do not mean only with representatives of some drinks brands, but also the owners of costume shops. Establish partnerships and exchange the coupons. Double marketing strategy!
- Organize a cocktail party, and offer cocktails at promotional prices.
- At the entrance to your restaurant or bar host the prophetess to prophesy….. maybe a great party time?
- Send invitations to Halloween party by email if you have guest database.
- Promote your offer via social networks.

**Halloween is a children's holiday but also a good business opportunity.**

the child and the creative monster in yourself.

**Happy Halloween! Have fun!**

The key to success in restaurant industry is education. We are sharing free articles and tips with you and we ask you to share these tips on your social networks with your friends. Thank you.

| 22 |
|---|

Like

Tweet



## Aida (https://possector.com/author/aida?kampanja=direct)

Aida Behmen - Milicevic (http://www.linkedin.com/in/aida-behmen-milicevic?kampanja=direct), Professional Blogger and Copywriter who has been covering Content writing, SEO, and Online Marketing topics since 2010, already credited with +100 Published Articles.

As a Founder of Aida's Writings (http://www.aidaswritings.com?kampanja=direct) she is intimately familiar with Web content writing, Blogging, Social media, and Marketing strategies.

 (https://possector.com/marketing-promotion/how-to-market-restaurants?kampanja=direct)

# Free tips how to market restaurant or bar (https://possector.com/marketing-promotion/how-to-market-restaurants?kampanja=direct)

Whether you are looking for a way to improve your business or you just want to launch a marketing strategy – youâ€™ve come to the right place. We made a list of free tips how to market restaurant or bar .

# Whatever you want to do, do it now. Life is too short!

Use pos sector to manage your hospitality business, and if you don't profit from it, we will refund your money. No questions asked! Here is what we can Offer:
Amazing support, you'll never feel like you are alone, we are responsible for what we do or what we sell, and we should take care of it. And we do!
Six modules to make your job easier

- Point Of sale (https://possector.com/point-of-sales-software-for-restaurants?kampanja=direct)
- BackOFFICE (https://possector.com/restaurant-management-software-backoffice?kampanja=direct)
- Mobile Ordering (https://possector.com/restaurant-mobile-ordering?kampanja=direct)
- Kitchen Display System (https://possector.com/kitchen-display-system-software?kampanja=direct)
- Inventory (https://possector.com/restaurant-management-software-inventory?kampanja=direct)
- Digital Menu (https://possector.com/digital-restaurant-menu?kampanja=direct)

We are always working on new ways to make your life, as restaurant owner, easier.
Find out how POS Sector can Help you  (https://possector.com/?utm_source=pos-sector-blog&utm_medium=blog&utm_term=Blog-baner&utm_content=top-post&utm_campaign=Banertekst&kampanja=direct)

## Search

Search tips... | Search

# Why should you try new things?

Use POS Sector - Restaurant Management Software, 30 days FREE, and then decide if is right for you. No obligations, no contracts, no credit card required

Installation and support to help you get started is also FREE!
YES, I want free trial (https://possector.com/restaurant-management-software-free?kampanja=banner-plavi&kampanja=direct)
 (https://possector.com/restaurant-management-software-free?kampanja=banner-plavi&kampanja=direct)
What you'll get in free trial?

- Point of Sale (https://possector.com/point-of-sales-software-for-restaurants?kampanja=banner-plavi&kampanja=direct)
- BackOffice (https://possector.com/restaurant-management-software-backoffice?kampanja=banner-plavi&kampanja=direct)
- Mobile ordering (https://possector.com/restaurant-mobile-ordering?kampanja=banner-plavi&kampanja=direct)
- KDS - Kitchen Display System (https://possector.com/kitchen-display-system-software?kampanja=banner-plavi&kampanja=direct)
- Inventory (https://possector.com/restaurant-management-inventory-software?kampanja=banner-plavi&kampanja=direct)
- Digital Menu (https://possector.com/digital-restaurant-menu?kampanja=banner-plavi&kampanja=direct)

 (https://possector.com/restaurant-management-software-free?kampanja=banner-plavi&kampanja=direct)

# Popular articles

-  (https://possector.com/marketing-promotion/restaurant-promotion-valentines-day?kampanja=direct)

**10 Ideas for Restaurant Promotion on Valentines Day (https://possector.com/marketing-promotion/restaurant-promotion-valentines-day?kampanja=direct)**

-  (https://possector.com/marketing-promotion/restaurant-apps?kampanja=direct)

**Restaurant apps – What You Should Know If You Invest In It ? (https://possector.com/marketing-promotion/restaurant-apps?kampanja=direct)**

-  (https://possector.com/management/restaurant-failure?kampanja=direct)

**10 Ways How Restaurants Failure Can Be Avoid (https://possector.com/management/restaurant-failure?kampanja=direct)**

-  (https://possector.com/management/contract-food-suppliers?kampanja=direct)

**6 Tips How To Make A Contract With Food And Drink Suppliers (https://possector.com/management/contract-food-suppliers?kampanja=direct)**

 (https://possector.com/marketing-promotion/halloween-promotion-ideas-for-restaurants-and-bars?kampanja=direct)

**17 Halloween Promotion Ideas for Restaurants and Bars (https://possector.com/marketing-promotion/halloween-promotion-ideas-for-restaurants-and-bars?kampanja=direct)**

 (https://possector.com/marketing-promotion/seo-for-restaurants?kampanja=direct)

**SEO For Restaurants – 12 Most Common Problems and Solutions (https://possector.com/marketing-promotion/seo-for-restaurants?kampanja=direct)**

 (https://possector.com/marketing-promotion/restaurant-promotion-ideas?kampanja=direct)

**Restaurant promotion ideas – how to attract new customers (https://possector.com/marketing-promotion/restaurant-promotion-ideas?kampanja=direct)**

 (https://possector.com/management/appropriate-restaurant-behavior?kampanja=direct)

**Appropriate restaurant behavior (https://possector.com/management/appropriate-restaurant-behavior?kampanja=direct)**

(https://possector.com/marketing-promotion/aperitivo-time?kampanja=direct)

**Aperitivo time – new trick in restaurants and bars (https://possector.com/marketing-promotion/aperitivo-time?kampanja=direct)**

 (https://possector.com/management/best-pos-software?kampanja=direct)

**Selecting the best POS software for your business (https://possector.com/management/best-pos-software?kampanja=direct)**

 (https://possector.com/management/19-ways-to-gain-repeat-customers?kampanja=direct)

**19 ways to gain repeat customers (https://possector.com/management/19-ways-to-gain-repeat-customers?kampanja=direct)**

# Receive tips

Enter your e-mail and we'll send you tips about Restaurant Industry trends.

Enter e-mail

Enter e-mail...

Subscribe me :)

# Categories

- Design (https://possector.com/category/design?kampanja=direct)
- Equipment (https://possector.com/category/equipment?kampanja=direct)
- Holidays Promotion (https://possector.com/category/holidays-promotion?kampanja=direct)
- Hygiene (https://possector.com/category/hygiene?kampanja=direct)
- Inventory Control (https://possector.com/category/inventory-control?kampanja=direct)
- Management (https://possector.com/category/management?kampanja=direct)
- Marketing & Promotion (https://possector.com/category/marketing-promotion?kampanja=direct)
- Menu (https://possector.com/category/menu?kampanja=direct)
- POS Sector News (https://possector.com/category/pos-sector-news?kampanja=direct)
- Safety (https://possector.com/category/safety?kampanja=direct)
- Staff (https://possector.com/category/staff?kampanja=direct)
- Starting a Business (https://possector.com/category/starting-a-business?kampanja=direct)

# Follow us

- Follow us on Twitter (https://twitter.com/possector?kampanja=direct)
- Become a fan of POS Sector (https://www.facebook.com/possectorglobal?kampanja=direct)

**A perfect guide for starters and professionals, for waiters & bartenders:**

This eBook will transform your working place into a place where you love to be!

Get it for $3.90 Now (https://possector.com/waiter-guru?kampanja=staff-blog&kampanja=BanerKlizni&kampanja=direct)

Halloween marketing tips for your restaurant | Lightspeed HQ



Blog
## News you care about.
## Tips you can use.

Everything your business needs to grow, delivered straight to your inbox.

Email address

**Sign up**

**All**

# Halloween marketing tips for your restaurant

by **Matthew Hantin** - Updated on : 2016-10-05

5 minute read

Share Post  



Case 2:19-cv-09222-DOC-ADS Document 35 Filed 03/12/20 Page 82 of 86 Page ID #:214

We all know that Halloween brings in huge sales numbers for the candy and costume industries, but it's also a time of year where restaurants of all sizes can make their fair share of profits too. According to the National Retail Federation, total Halloween spending is expected to reach $8.4 billion this year in the US alone. Although the majority of that money will go towards costumes, decorations, and treats, part of it will definitely be spent on restaurants. Let's take a look at a few restaurant marketing ideas that your restaurant can use this Halloween to scare up more business!

# Revamp your menu

Halloween is a great time to highlight seasonal fall flavors on your menu. Speak with your chef about ideas for creating dishes that feature seasonal ingredients like pumpkin, sweet potato, butternut squash, etc. You can run a special menu through the rest of October, or just for the Halloween weekend with pricing per item. Don't forget cocktails as well. A quick online search will provide you with plenty of ideas for cocktail mixes that use ingredients already stocked at most bars. For example, grenadine can be used to simulate the look of blood for layered drinks or shots, and cranberry juice can add a crimson tone to vampire-themed drinks.

If you don't have time to add new menu items, you can also temporarily rename a few bestsellers to add a little Halloween flair. Think along the lines of "boo-ritos" or "franken-furters". Simply renaming a few menu items will give your restaurant a fun Halloween vibe and should only take a few minutes from your restaurant POS system.

halloween menu

# Partner with local businesses and attractions

Halloween is also a great time to team-up with local businesses or attractions that are designed to give a fright in late October. You could, for example, include tickets to a local haunted house, hayride, or pumpkin patch with the purchase of a table d'hote meal, or sell them in your restaurant at a reasonable rate. If there's a costume store in your area, you could offer to keep rebate flyers on your bar or at the hostess stand. In turn, these local attractions can offer visitors gift cards or discount coupons to use at your restaurant.

Not only will partnering with local businesses and attractions deepen your connection with the community, but it will also expand your customer base and open doors to further collaborations down the road.

# Decorate your dining room

Decorating your restaurant allows you to get as creative as you want. For a subtly eerie vibe, you could simply dim the lighting and have a few strategically-placed cobwebs strewn about, or put Halloween centerpieces on your tables. If you want to go all-out, you can hang skeletons from the walls, place jack-o-lanterns around the restaurant, and sprinkle plastic spiders on your tabletops. Visiting a party or decoration store around Halloween will inspire you and show you that there really is no limit to how far you can go in creating a spooky ambiance.

For an added touch, sync your dining room's soundtrack with whichever Halloween atmosphere you choose to set. You can pipe creepy sounds at low volume, or create a party vibe with a playlist that includes upbeat tunes like "Thriller" and the theme song from "Ghostbusters".

halloween table decorations

# Get your staff dressed to kill

Having your staff dress up for the occasion can be a great way to give patrons a fun and memorable experience. Many neighborhood restaurants are known for celebrating Halloween by dressing up their staff — a great way to get some word-of-mouth publicity.

You can choose a theme for your staff's costumes, or let them pick their own get-ups individually.Either way, you'll be showcasing your restaurant as the place to be for Halloween. Having your staff dress up will also put them in a great mood, which will guarantee a night of great service for new and existing patrons.

# Host a frightful event

Hosting a Halloween party at your restaurant is a great way to boost sales and guarantee some return business. Adults enjoy Halloween just as much as kids, and you can decide in advance whether or not you want your party to be kid friendly. There are dozens of activities patrons can take part in, whereby winners can take home prizes such as gift cards, dinner for 2 vouchers, or whatever you decide, including:

    Costume contests
    Pumpkin carving contests (have a plastic covered table set-up in advance!)
    Apple bobbing

Hosting a halloween party also gives you the chance to focus all of your marketing efforts like decorations and a custom menu into one night. Don't forget to hand out treat bags that include your business card!

halloween party

# Promote both in-store and online

Whether you decide to throw a party on Halloween day or offer promotions throughout the week, be sure to get the word out there. If you plan to offer a special menu for a limited time, for example, you can leave inexpensive printed versions on your bar leading up to the date, or placed neatly on tables. These can also be distributed to other businesses in the area.

Finally, social media is a great way to announce any Halloween promotions you may have. Let your existing audience know what your restaurant has going on, and attract a few interested new followers in the process.

# Try Lightspeed for free!

Start a 14-day free trial today.

Try it today

Matthew Hantin

Matthew Hantin

Matthew is a marketing writer who's also a lover of weekend getaways and all things food. On most days you'll catch him either playing basketball, reading, listening to house music, or occasionally writing about himself in the third person.

Share Post 

Search our Blog

How to Calculate Cost of Goods Sold (COGS) for Restaurants

## How to Calculate Cost of Goods Sold (COGS) for Restaurants

Last-Minute Saint Patrick's Day Promo Ideas

## Last-Minute Saint Patrick's Day Promo Ideas

---

**Retail POS**

Features

Pricing

Hardware

What is a POS

POS system

Omnichannel

OnSite POS

**Restaurant POS**

Features

Pricing

Hardware

Restaurant iPad POS

iPad kiosk

Restaurant Menu Templates

**eCommerce**

Features

Pricing

Apps

Themes

Open online store

**Partners**

Integrations

Find an expert

Become a partner

Toolkit

**Resources**

Blog

Free retail tools

Free restaurant tools

Customers

Community

Events

**Company**

About

Press

Reviews

Contact

Careers

Investor relations

Latest Blogs

3/11/2020 Halloween marketing tips for your restaurant | Lightspeed HQ

**Latest Blogs**

How to Calculate Cost of Goods Sold (COGS) for
Restaurants

**Latest Resources**

Payment service providers: how to spot hidden fees
and negotiate the best rate



Anti-Slavery Policy     Privacy policy

## 866-932-1801

     

Lightspeed® 2020

1.    That the Court declare that Plaintiff has no protectable rights in the VAMPIRE mark with regard to "Pre-mixed alcoholic beverages, other than beer-based; Prepared alcoholic cocktail; Prepared alcoholic cocktail," and that Defendants did not infringe any of Plaintiff's purported rights in the VAMPIRE mark with regard to such goods;

2.    That the Court dismiss all of Plaintiff's claims with prejudice with respect to Registration No. 5444375 and Plaintiff's purported rights in the VAMPIRE mark in connection with "Pre-mixed alcoholic beverages, other than beer-based; Prepared alcoholic cocktail; Prepared alcoholic cocktail";

3.    That the Court declare that Registration No. 5444375 is invalid and unenforceable;

4.    That the Court order that Registration No. 54443375 be canceled by the United States Patent and Trademark Office in due course;

5.    That the Court declare that this is an exceptional case and awarding Defendant/Counterclaimant its costs, disbursements, and attorneys' fees, pursuant to 15 U.S.C. § 1117(a); and

6.    That the Court order such other relief as the Court may deem just.

DATED: March 12, 2020        MICHAEL G. KELBER
ANDREW S. FRAKER
NEAL, GERBER & EISENBERG LLP


By:  /s/ Michael G. Kelber
       Michael G. Kelber
       Attorneys for Defendants
       Dine Brands Global, Inc., Applebee's
       Restaurants, LLC, Applebee's Services,
       Inc., Stephen P Joyce, Patrick Kirk, John
       Cywinski, Flynn Restaurant Group,
       Greg Flynn, Apple American, RMH
       Franchise Corp, Doherty Enterprises,
       and SSCP Management