MICHAEL MACHAT (Bar No. 109475)
Michael@machatlaw.com
MACHAT & ASSOCIATES, PC
8730 W. Sunset Blvd., Ste. 250
West Hollywood, California 90069
Telephone: (310) 860-1833

Attorneys for Plaintiff
Vampire Family Brands, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC | CASE NO. 2:19−cv−09222−DOC−ADS |
| Plaintiff, | Honorable David O. Carter |
| vs. | **STIPULATION TO AMEND COMPLAINT SUCH THAT THE THE ATTACHED PROPOSED FIRST AMENDED COMPLAINT SHALL BE DEEMED THE OPERATIVE COMPLAINT, FED. R. CIV. P. 15** |
| APPLEBEE'S RESTAURANTS, et al, | |
| Defendants. | |
| and RELATED COUNTERCLAIM | **Date: October 5, 2020** |
| | **Time: 8:30 AM** |
| | **Courtroom: 9D, Santa Ana** |

Plaintiff Vampire Family Brands, LLC and Defendants, through counsel, hereby stipulate to making the Proposed First Amended Complaint, attached hereto as Exhibit 1, the Operative Complaint in this case.

1

1    The proposed FAC  names the following new defendants: Apple Investors
2    Group, Apple AB Enterprises, Apple North Inc and Apple Core Enterprises Inc.
3    replacing the DOE named defendants.  There are no substantive differences
4    between the Complaint and the First Amended Complaint besides adding the new
5    parties.
6          A redline version of the proposed first amended complaint, highlighting the
7    additions and deletions to the Complaint, is attached as Exhibit 2.
8          This filing is being made within the sixty day time period to file a motion to
9    amend the pleadings as ordered in this Court's Scheduling Order dated July 13,
10   2020 [Dtk. No. 43].

11

12   Dated:  September  9 , 2020          By:/s/Michael Machat_____
13                                        Michael Machat (CA SBN 109475)
                                          Machat & Associates, PC
14                                        8730 W. Sunset Blvd., Ste. 250
15                                        West Hollywood, CA 90069
                                          Tel: (310) 860-1833
16                                        Email: Michael@machatlaw.com

17
                                          David A. Randall (CA SBN 156722)
18                                        HACKLER  DAGHIGHIAN  MARTINO  &
19                                        NOVAK P.C.
                                          10900 Wilshire Blvd., Suite 300
20                                        Los Angeles, CA 90024
21                                        Telephone: (310) 887- 1333
                                          Email: dave@hdmnlaw.com
22                                        Attorneys for Plaintiff
23                                        Vampire Family Brands LLC

24

25

26   SO STIPULATED AND AGREED

27

28
                                          2

.3

DATED: SEPTEMBER 9, 2020    MICHAEL G. KELBER
                           ANDREW S. FRAKER
                           NEAL, GERBER & EISENBERG LLP

                           By:s/Andrew Fraker
                                  Michael G. Kelber
                                  Andrew S. Fraker
                                  Attorneys for Defendants
                                  DINE BRANDS GLOBAL, INC.,
                                  APPLEBEE'S RESTAURANTS, LLC,
                                  APPLEBEE'S SERVICES, INC.,
                                  STEPHEN P JOYCE, PATRICK KIRK,
                                  JOHN CYWINSKI, FLYNN
                                  RESTAURANT GROUP, GREG
                                  FLYNN, APPLE AMERICAN, RMH
                                  FRANCHISE CORP, DOHERTY
                                  ENTERPRISES, and SSCP
                                  MANAGEMENT

                                  KARIN G. PAGNANELLI (SBN
                                  174763)
                                  kgp@msk.com
                                  MITCHELL SILBERBERG & KNUPP
                                  LLP
                                  2049 Century Park East, 18th Floor
                                  Los Angeles, CA 90067-3120
                                  Telephone:    (310) 312-2000
                                  Facsimile:    (310) 312-3100
                                  Attorneys for Defendant
                                  Dine Brands Global, Inc.

**Attestation Regarding Signatures- Local Rule 5-4.3.4(a)(2)(i)**

I, Michael Machat, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: Setpember 9, 2020         */s/ Michael Machat*

                                  Michael Machat

3

.3