MICHAEL MACHAT (Bar No. 109475),
Michael@machatlaw.com
MACHAT & ASSOCIATES, PC
8730 W. Sunset Blvd., Ste. 250
West Hollywood, California 90069
Telephone: (310) 860-1833

David A. Randall (SBN 156722)
dave@hdmnlaw.com
Ehab Samuel (SBN 228296)
esamuel@hdmnlaw.com
HACKLER DAGHIGHIAN MARTINO & NOVAK P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Plaintiff
Vampire Family Brands, LLC

[*Additional Counsel on Signature Block*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>APPLEBEE'S RESTAURANTS, et al,<br><br>Defendants.<br><br>and RELATED COUNTERCLAIM | CASE NO. 2:19−cv−09222−DOC−ADS<br><br>Honorable David O. Carter<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff VAMPIRE FAMILY BRANDS, LLC and all Defendants, namely APPLEBEES RESTAURANTS, LLC, APPLEBEES SERVICES, INC., DINE BRANDS GLOBAL INC., STEPHEN P JOYCE, PATRICK KIRK, JOHN CYWINSKI,

FLYNN RESTAURANT GROUP, GREG FLYNN, APPLE AMERICAN, RMH FRANCHISE CORP, DOHERTY, ENTERPRISES, SSCP MANAGEMENT, APPLE INVESTORS GROUP; APPLE AB ENTERPRISES; APPLE NORTH INC; AND APPLE CORE ENTERPRISES INC, having reached a mutually satisfactory resolution of the matter, hereby stipulate and agree, through their respective undersigned counsel, that the above-captioned action, including the counterclaim, be and hereby is dismissed with prejudice as to all parties, and without costs, disbursements or attorneys' fees to any party.

Respectfully submitted,

Dated:  May 21, 2021        /s/ Michael Machat
Michael Machat, SB#109475
MACHAT & ASSOCIATES, P.C.
8730 W. Sunset Blvd., Suite 250
West Hollywood, California 90069
Telephone: (310) 860-1833
Email: michael@machatlaw.com

David A. Randall (SBN 156722)
dave@hdmnlaw.com
Ehab Samuel (SBN 228296)
esamuel@hdmnlaw.com
HACKLER   DAGHIGHIAN   MARTINO   & NOVAK P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

ATTORNEYS FOR PLAINTIFF


Respectfully submitted,

Dated: May 21, 2021         /s/ Andrew Fraker

ANDREW S. FRAKER (pro hac vice)
afraker@nge.com
MICHAEL G. KELBER (pro hac vice)
mkelber@nge.com
NEAL, GERBER & EISENBERG LLP
Two North La Salle Street, Suite 1700
Chicago, IL 60602
Telephone: (312) 269-5280

KARIN G. PAGNANELLI (SBN 174763)
kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000

ATTORNEYS FOR DEFENDANTS